UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WHALEY,

    Plaintiff,                                               Case No. 2:15-cv-12101

v.                                                           Hon. David Lawson

HENRY FORD HEALTH SYSTEM,

    Defendant.

---

### INDEX OF EXHIBITS TO
### DEFENDANT'S BRIEF IN SUPPORT OF MOTION TO DISMISS

EXHIBIT 1:     General Appearance Standards

EXHIBIT 2:     Radiology Appearance Standards

EXHIBIT 3:     Wenzel Declaration

EXHIBIT 4:     *Otworth v. Budnick*

EXHIBIT 5:     *Dinkel v. MedStar Health*

EXHIBIT 6:     *Todd v. Lexington*

9622814