# EXHIBIT 1

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WHALEY,

    Plaintiff,

v

HENRY FORD HEALTH SYSTEM,

    Defendant.

Case No. 2:15-cv-12101
Hon. David Lawson

---

LANCE C. YOUNG (P51254)
NEIL B. PIOCH (P67677)
SOMMERS SCHWARTZ, P.C.
Attorneys for Plaintiff
One Towne Square, 17th Floor
Southfield, MI 48076
(248) 335-0300

BRIAN YALDOU (P70600)
THE LAW OFFICE OF BRIAN YALDOU
23000 Telegraph
Brownstown Twp., MI 48134
(734) 692-9200

TERRENCE J. MIGLIO (P30541)
BARBARA E. BUCHANAN (P55084)
VARNUM LLP
Attorneys for Defendant
39500 High Pointe Blvd., Ste. 350
Novi, MI 48375
(248) 567-7400
tjmiglio@varnumlaw.com
bebuchanan@varnumlaw.com

---

## **DECLARATION OF DEBRA TEMROWSKI**

1.     My name is Debra Temrowski.

2.     I make this Declaration based on my personal knowledge and the books and records of Henry Ford Health System ("HFHS"). If called as a witness, I can competently testify to the facts set forth in this Declaration.

3. I am currently employed with HFHS as Director, Human Resources and Volunteer Services.

4. HFHS is a Michigan non-profit corporation, which owns and operates an extensive network of medical facilities across Southeast Michigan.

5. HFHS operates seven business units involved in direct patient care Henry Ford Hospital, Henry Ford Medical Group, Henry Ford Wyandotte Hospital, Henry Ford Macomb Hospital, Henry Ford West Bloomfield Hospital, Henry Ford Behavioral Health and Community Care Services.

**Henry Ford Hospital**

6. Henry Ford Hospital includes at least 216 departments.

7. At least 271 supervisors manage the various departments at the hospital.

8. Within this business unit, 1,010 non-exempt employees are employed in direct patient care work within the various departments at the hospital.

9. Of those employees, there are a least 64 different job classifications at this hospital involved in direct patient care.

**Henry Ford Medical Group**

10. Henry Ford Medical Group operates 41 medical centers throughout Southeast Michigan.

11. These medical centers provide health care from primary care to specialty care such as physical therapy or cancer treatment. Some of these medical centers include an emergency department or an ambulatory surgery center. See attached list for specific services at each site.

12. Each medical center includes at least one department.

13. At least 460 supervisors manage the departments within these medical centers.

14. There are at least three job classifications within each medical center ranging from EKG Technician to Certified Registered Nurse Anesthetist.

15. A total of 1,190 non-exempt employees work within the various classifications at these medical centers.

**Henry Ford Wyandotte Hospital**

16. Henry Ford Wyandotte Hospital includes at least 113 departments. These departments include the Center for Health Services located in Brownstown. Services include primary care, emergency, ambulatory surgery and cardiology as well diagnostic testing.

17. At least 86 supervisors manage the various departments at the hospital.

18. Within this business unit, 322 non-exempt employees are employed in direct patient care work within the various departments at the hospital.

19.     Of those employees, there are a least 50 different job classifications at this hospital, ranging from Patient Sitter to Certified Registered Nurse Anesthetist.

**Henry Ford Macomb Hospital**

20.     Henry Ford Macomb Hospital includes at least 121 departments. These departments include several outpatient health centers. See attached list for locations and services offered.

21.     At least 115 supervisors manage the various departments at the hospital.

22.     Within this business unit, 403 non-exempt employees are employed in direct patient care work within the various departments at the hospital.

23.     Of those employees, there are a least 57 different job classifications at this hospital, ranging from Patient Transportation Partner to Certified Registered Nurse Anesthetist.

**Henry Ford West Bloomfield Hospital**

24.     Henry Ford West Bloomfield Hospital includes at least 57 departments.

25.     At least 52 supervisors manage the various departments at the hospital.

26.     Within this business unit, 274 non-exempt employees are employed in direct patient care work within the various departments at the hospital.

27. Of those employees, there are a least 50 different job classifications at this hospital, ranging from Patient Transportation Partner to Certified Registered Nurse Anesthetist.

**Henry Ford Behavioral Health**

28. Henry Ford Behavioral Health operates 9 locations throughout Southeast Michigan.

29. These locations provide behavioral health care from counseling at several outpatient counseling centers to inpatient care at Henry Ford Kingswood Hospital. It also includes Maplegrove Center that handles inpatient chemical dependency. See attached list for locations and services offered.

30. Each location includes at least 1 department.

31. At least 33 supervisors manage those departments within these locations.

32. There are at least 3 job classifications within each location ranging from Patient Transportation Partner to Registered Nurse.

33. A total of 103 non-exempt employees work within those various classifications at these locations.

**Community Care Services**

34. Henry Ford Community Care Services operates at 55 locations throughout Southeast Michigan. See attached list for locations and services offered.

35. These locations provide a wide variety of health services including: hospice, home health care, optometry, dialysis and pharmacy.

36. Each location includes at least 1 department.

37. At least 114 supervisors manage the departments within these locations.

38. There are at least 3 job classifications within each location ranging from Dialysis Assistant to Clinical Coordinator-Oncology Services.

39. A total of 388 non-exempt employees work within those various classifications at these locations.

**HFHS Policies**

40. A true and accurate copy of the Henry Ford Hospital Central Sterile Reprocessing Attire Policy is attached to HFHS' brief in opposition to Plaintiff's motion for conditional class certification.

41. A true and accurate copy of the HFHS Surgical Attire Policy is attached to HFHS' brief in opposition to Plaintiff's motion for conditional class certification.

42. A true and accurate copy of the Henry Ford Wyandotte Hospital Attire for the Surgery Department Policy is attached to HFHS' brief in opposition to Plaintiff's motion for conditional class certification.

43. A true and accurate copy of the Infection Control Manual Policy is attached to HFHS' brief in opposition to Plaintiff's motion for conditional class certification. The Infection Control Manual Policy is accessible by all HFHS employees on the HFHS Intranet.

**Discipline**

44. A review of HFHS Human Resources records revealed no indication that any HFHS employee has ever been disciplined for a violation of the Personal Appearance Standards, HR Policy 5.06 for failing to press or iron his or her uniform.

**Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on:**

Date: 8/27/2015

*Debra Temrowski*
Debra Temrowski

9710092

7

**Allen Park Rehab Medical Center**
Physical Therapy
Occupational Therapy

**Center for Athletic Medicine (CAM)**
Physical Therapy
Sports Medicine
Occupational Therapy
Pulmonary Rehab

**Canton Medical Center**
Internal Medicine
Family Practice
Women's Health
Pediatrics

**CHASS Medical Center**
Geriatric Outreach

**Chrysler Clinic**
Primary Care

**Columbus Medical Center**
Diabetes Education
Gastro
Nephrology
Anti-Coagulation
Ortho
Colon/Rectal Surgery
Sleep Medicine
Allergy
Endocrinology
Oncology
Infusion
Pulmonary Medicine
Rheumatology
Internal Medicine
International Travel Clinic
Podiatry
Sports Medicine
Plastic Surgery
MOHS Surgery
After hours care
Radiology
Physical Therapy
Occupational Therapy

**Commerce Medical Center**
Internal Medicine
Family Medicine

**Cottage Medical Center**
Geriatric Medicine
Vascular
Internal Medicine
Emergency Room
Infusion
Sleep Medicine
Radiation Oncology
Wound Clinic
Partial Hospitalization
Ambulatory Surgery
Pharmacy
Radiology
Physical Therapy
Occupational Therapy

**Henry Ford Hospital Clinic Building**
Allergy
Cardiovascular
Gastro
Infectious Disease
Nephrology
Hematology/Oncology
Tumor Registry
Pulmonary Medicine
Critical Care
Internal Medicine
Geriatric Medicine
Neurology
Neurosurgery
Gynecology Oncology
OB/Gynecology
Ophthalmology
Orthopedics
Athletic Medicine
ENT – Ears, Nose, and Throat
Audiology
Speech Pathology
Pediatrics
Neonatology
Radiation Oncology
Surgery
Bone & Joint
Urology

Clinic Trials
Sleep Medicine
Endo Metabolism
Uro/gynecology

**Detroit North West Medical Center**
Diabetes Education
Internal Medicine
Family Practice
OB/Gynecology
Podiatry
Same Day
Radiology
Physical Therapy
Occupational Therapy

**Fairlane Medical Center**
Diabetes Education
After Hours on Call Nurse Program
Hematology/Oncology
Ambulatory Surgery
Allergy
Cardiovascular
Gastroenterology
Oncology
Internal Medicine
Ophthalmology
Orthopedics
Athletic Medicine
Audiology
Hearing Aid Center
ENT – Ears, Nose, and Throat
Urology
Same Day Clinic
Emergency Room
Radiology
Breast Imaging
Occupational Therapy
Gastroenterology


**Farmington Road Medical Center**
Dermatology
Internal Medicine
Ophthalmology
Pediatrics

**Fitzgerald Health Center**
Primary Care

**Grosse Pointe Ophthalmology**
Ophthalmology
Vision Rehab

**Hamtramck Medical Center**
Geriatric Outreach
Family Medicine

**Harbortown Medical Center**
Internal Medicine
Family Medicine
Radiology

**Henry Ford Macomb Hospital**
Pediatrics
Radiation Oncology
Cardiac Care Surgery

**Ford Road Medical Center**
Dermatology
Women's Health
Ophthalmology
Pediatrics
After Hours Clinic
Rehab Services/Physical Therapy


**HF Tech Town**
Cytogenetics

**Jefferson Medical Center**
Family Medicine
Anti- Coagulation
Podiatry
Pediatrics
After Hours

**Downriver Josephine Cancer Center**
Hematology/Oncology

**Lakeside Medical Center**
Orthopedics
Podiatry
Ambulatory Surgery
Gastroenterology

Dermatology
Internal Medicine
Pediatrics
Ob/Gynecology
Ophthalmology
Athletic Medicine
Audiology
Hearing aid center
ENT – Ears, Nose, & Throat
General Surgery
Urology
Radiology
Occupational Therapy

**Livonia Medical Center**
Podiatry
Anti-Coagulation
Radiology
Internal Medicine
Ob/Gynecology
Cardiology
Ophthalmology
Vision Rehab
Pediatrics
After Hours

**Lowell Park**
Rehabilitation Services

**New Center One Medical Center**
Diabetes Education
Gynecology Oncology
OB/Gynecology
Dermatology
IVF – Invitro fertilization
Maternal Serum Screening
Genetics
Endo Metabolism
Rheumatology
Internal Medicine
Maternal Fetal
Pediatrics
Physical Therapy
Occupational Therapy

**Novi Medical Center**
Family Medicine
Center for Integrative Medicine
Physical Therapy

**Pierson Medical Center**
Cardiovascular Medicine
Nephrology/Hypertension
Internal Medicine
Ob/Gynecology
Ears, Nose, & Throat
Pediatrics
Center for Autism
Surgery – Colon & Rectal, Plastics

**Plymouth Medical Center**
Dermatology
Internal Medicine
Family Medicine
Radiology

**Quick Care Woodward**
Primary Care

**Somerset Medical Center**
IVF – Invitro Fertilization

**Royal Oak Medical Center**
Family Medicine
Ob/Gynecology
Pediatrics

**Southfield Medical Center**
Internal Medicine
Family Practice
Pediatrics
Physical Therapy

**St. Joe's Pontiac Hospital**
Pediatrics Neonatal

**Sterling Heights**
Diabetes Education
Vascular
Emergency Room
Anti-Coagulation
Allergy
Cardiology

Pulmonary
Rheumatology
Internal Medicine
Podiatry
Pediatrics
Same Day Clinic
Radiology

**Taylor Medical Center**
Diabetes Education
Dermatology
Anti-Coagulation
Cardiovascular Medicine
Gastroenterology
Pulmonary
Rheumatology
Internal Medicine
Neurology
Ob/Gynecology
Ophthalmology
Pediatrics
General Surgery
Radiology

**Troy Medical Center**
Bone Density
Dermatology
Family Medicine
Neurology
Ob/Gynecology
Pharmacy

**Warren Medical Center**
Family Practice

**West Bloomfield Medical Center**
Cancer Management
Cardiovascular
Health Enhancement Center
Nephrology
Neurology
Orthopedics
Anti -Coagulation
Gastroenterology
Pulmonary
Rheumatology
Geriatric Medicine

Neuro Surgery
OB/Gynecology
ENT – Ears, Nose, & Throat
Urology
Audiology
Hearing Aid Center
Rad Oncology
General Surgery
Vein Clinic
Uro gynecology

**Woodhaven Medical Center**
Plastics
Internal Medicine
Family Med
Podiatry
Radiology

**Henry Ford Wyandotte Hospital**
Cardiovascular
General Surgery
Neurosurgery

Henry Ford Macomb Hospital Locations

## Hospitals

Henry Ford Macomb Hospital
15855 19 Mile Road
Clinton Township, MI, 48038

Henry Ford Macomb Hospital – Mt. Clemens
215 North Ave.
Mt. Clemens, MI, 48043

## Health Centers

Bruce Township
80650 Van Dyke
Romeo, MI, 48065

Chesterfield Township
30795 23 Mile Road
Chesterfield Township, MI, 48047

Fraser
15717 15 Mile Road
Clinton Township, MI, 48035

Richmond
31505 32 Mile Road
Richmond, MI, 48062

Shelby Township
(Inside the Shelby Macomb Medical Mall)
50505 Schoenherr
Shelby Township, MI, 48316

Washington Township
(Inside the Orchardview Medical Complex)
12150 30 Mile Road
Washington, MI, 48095

## Cardiac and Pulmonary Rehabilitation

15400 19 Mile Road, Suite 145
Clinton Township, MI, 48038

## Sleep Medicine Center

15945 19 Mile Road, Suite 105B
Clinton Township, MI, 48038

## Rehabilitation Services

Clinton Township
16301 19 Mile Road
Clinton Township, MI, 48038

Fraser (Traditional and Sports Medicine)
15595 15 Mile Road
Clinton Township, MI, 48035

Warren
13251 E. 10 Mile Road, Suite 400
Warren, MI, 48089

## Weight Management

Shelby Township
(In the Health Center)
50505 Schoenherr, Suite 020
Shelby Township, MI, 48316
Services also available at the Chesterfield Health Center.

## Wellspring Services

43421 Garfield, Suite 8
Clinton Township, MI, 48038

## Wound Care & Consultation Centers

Chesterfield – includes Ostomy Clinic
(In the Health Center)
30795 23 Mile Road
Chesterfield Township, MI, 48047

Clinton Township
15520 19 Mile Road, Suite 400
Clinton Township, MI, 48038
(586) 228-6220

**Henry Ford Behavioral Health Services Locations**

### Henry Ford Maplegrove Center

6773 West Maple Road

West Bloomfield, MI 48322

Specializing in treatment for alcohol and chemical dependency.

### Henry Ford Kingswood Hospital

10300 W. 8 Mile Road

Ferndale, MI 48220

Expert psychiatric inpatient care for children, teens & adults.

### Clinton Township Outpatient Services

15420 19 Mile Road

Clinton Township, MI 48038

Outpatient psychiatric services, psychotherapy and pharmacotherapy. Specialists in depression, anxiety, addictions, parenting, eating disorders, grief and loss, codependency, behavioral problems, ADHD, obesity, substance.

### Columbus Center Novi Outpatient Services

39450 12 Mile Road, Suite 2B

Novi, MI 48377

Outpatient psychiatric service, psychotherapy and pharmacotherapy. Specialists in depression, bipolar disorder, anxiety, gambling, dual diagnosis (substance abuse and co-morbid psychiatric disorders), parenting, eating disorders, psychotic disorders, dementia evaluation, obesity, geriatric psychiatry, forensic evaluation.

### Dearborn Outpatient Services

5111 Auto Club Drive, Suite 112

Outpatient psychiatric services, psychotherapy and pharmacotherapy for adults, children, adolescents and the elderly. Specialists in depression, bipolar disorder, anxiety, PTSD, pain management, dual diagnosis (substance abuse and co-morbid psychiatric disorders), parenting, psychotic disorders, geriatric psychiatry, dementia evaluation, forensic evaluation, obesity, substance abuse).

### Detroit Outpatient Services

One Ford Place, Suite 1C

Detroit, MI 48202

Outpatient psychiatric services, psychotherapy and pharmacotherapy. Specialists in depression, bipolar disorder, anxiety, PTSD, pain management, dual diagnosis (substance abuse and co-morbid psychiatric disorders), psychotic disorders, geriatric psychiatry, demetia evaluation, forensic evaluation, obesity, substance abuse.

### Troy Outpatient Services

2825 Livernois, Second Floor

Troy, MI 48083

Outpatient psychiatric services, psychotherapy and parmacotherapy. Specialists in depression, anxiety, gambling, addictions, parenting, eating disorders, obesity, substance abuse.

1

**Henry Ford Community Care Services Locations**

**Dialysis Locations**

Corporate Office

30100 Telegraph Road, Suite 200
Bingham Farms, MI 48025

Eastpointe Dialysis Center

21400 Kelly Road
Eastpointe, MI 48021

Fairlane Dialysis

19001 Hubbard Drive
Dearborn, MI 48126

Henry Ford Hospital High Acuity Dialysis

2799 W. Grand Blvd.
Detroit, MI 48202

Home Program

2799 W. Grand Blvd.
Detroit, MI 48202

Macomb Regional Dialysis Centers, LLC

16151 19 Mile Rd., Suite 200
Clinton Township, MI 48038-1158

Northwest Detroit Dialysis Center

7800 W. Outer Drive
Detroit, MI 48235

Northwest Detroit Dialysis Center - Lahser

25664 Lahser Rd.
Southfield, MI 48033-5810

Northwest Detroit Dialysis Center - Northland Park

21000 Northwestern Hwy.
Southfield, MI 48075-5306

Southeastern Michigan Kidney Center

CAPD & Home Program
1695 W. 12 Mile Rd. Suite, #250
Berkley, MI 48072

St. Joseph Dialysis

900 Woodward Ave.
Pontiac, MI 48341

St. Mary Dialysis

14555 Levan
Livonia, MI 48154

Taylor Dialysis

24565 Haig Road
Taylor, MI 48180

Troy Dialysis

2050 Livernois
Troy, MI 48083

West Pavilion Dialysis

2799 W. Grand Blvd.
Detroit, MI 48202

### Henry Ford at Home Locations

Henry Ford at Home – Macomb

15855 19 Mile Rd.
Clinton Township, MI, 48038

Henry Ford at Home – West Bloomfield

6777 W. Maple Road
West Bloomfield, MI 48322

Henry Ford at Home – Wyandotte

2333 Biddle Avenue
Wyandotte, MI 48192

### Hospice Locations

Community Teams

Henry Ford Hospital

2799 W. Grand Blvd.
Detroit, MI 48202

Macomb

16931 19 Mile Road, Suite 140
Clinton Twp., MI 48038

Oakland

30200 Telegraph Rd., Suite 121
Bingham Farms, MI 48025

Wayne

17333 Federal Drive, Suite 260
Allen Park, MI 48101

Children's Services

SandCastles (grief support for children and families)
One Ford Place, Suite 4A
Detroit, MI 48202

Nursing Home Services

Nursing Home Services
655 W. 13 Mile Road, 1st Floor
Madison Heights, MI 48071

Residence Location

The Lakeland Center
26900 Franklin Road
Southfield, MI 48034

### Occupational Health Locations

Henry Ford Medical Center - Woodhaven

22505 Allen Rd.
Woodhaven, MI 48183

Occupational Health at Harbortown

3384 E. Jefferson
Detroit, MI 48207

### Henry Ford Community Care Services Locations

**OptimEyes Locations**

Dearborn Super Vision Center

5500 Auto Club Drive
Dearborn, MI 48126

Lakeside Super Vision Center

44987 Schoenherr Road
Sterling Heights, MI 48313.

Roseville Super Vision Center

32600 Gratiot
Roseville, MI 48066

Taylor - Downriver Super Vision Center

22395 Eureka Road
Taylor, MI 48180

Troy Super Vision Center

735 John R Road
Troy, MI 48083

West Bloomfield Super Vision Center

6530 Farmington Road
West Bloomfield, MI 48322

Westland Super Vision Center

35184 Central City Parkway
Westland, MI 48185
Chesterfield

27903 23 Mile Rd.
Chesterfield, MI 48051

Detroit (West Grand Blvd.)
2799 West Grand Blvd.
Detroit, MI 48202

Detroit (West Outer Dr.)
7800 West Outer Drive
Detroit, MI 48235

Detroit (Renaissance Center)

400 Renaissance Center
Detroit, MI 48235

Farmington Hills

38487 West 10 Mile Road
Farmington Hills, MI 48335

Grosse Pointe Park

15401 East Jefferson
Grosse Pointe Park, MI 48230

Lake Orion

684 South Lapeer Road
Lake Orion, MI 48362

Milford

516 Highland Avenue
Milford, MI 48381

3

**Henry Ford Community Care Services Locations**

Monroe

504 N. Telegraph Road
Monroe, MI 48162

Port Huron

4355 24th Avenue,
Fort Gratiot, MI 48059

Shelby Township

2025 25 Mile Road
Shelby Twp., MI 48316

Southfield

30800 Southfield Road
Southfield, MI 48076

**Pharmacy Locations**

Henry Ford Hospital – Lobby and 15th Floor

2799 W. Grand Blvd.
Detroit, MI, 48202

Henry Ford Macomb Hospital

15855 19 Mile Rd.
Clinton Township, MI, 48038

Henry Ford West Bloomfield Hospital

6777 W. Maple Road
West Bloomfield, MI 48322

Henry Ford Wyandotte Hospital

2333 Biddle Avenue
Wyandotte, MI 48192

Henry Ford Health Center – Brownstown

23050 West Rd.
Brownstown Twp., MI, 48183

Henry Ford Medical Center – Canton

6100 Haggerty Rd.
Canton, MI, 48187

Henry Ford Medical Center – Fairlane

19401 Hubbard Dr.
Dearborn, MI, 48126

Henry Ford Medical Center – Ford Road

5500 Auto Club Drive
Dearborn, MI, 48126

Henry Ford Medical Center - New Center One (Detroit)

3031 West Grand Blvd.
Suite 800, Detroit, MI, 48202

Henry Ford Medical Center - Detroit Northwest

7800 West Outer Drive
Detroit, MI, 48235

One Ford Place

1 Ford Place
Detroit, MI, 48202

Henry Ford Medical Center - Pierson

131 Kercheval Ave.
Grosse Pointe Farms, MI, 48236

Henry Ford Medical Center - Livonia

**Henry Ford Community Care Services Locations**

29200 Schoolcraft Rd.
Livonia, MI, 48150

Henry Ford Macomb Health Center - Chesterfield

30795 23 Mile Rd.
Chesterfield Township, MI, 48047

Henry Ford Medical Center - Columbus (Novi)

39450 W. 12 Mile Rd.
Novi, MI, 48377

Henry Ford Medical Center - Plymouth

14300 Beck Rd.
Plymouth, MI, 48170

Henry Ford Medical Center - Southfield

22777 W. Eleven Mile Rd.
Southfield, MI, 48034

Henry Ford Medical Center - East Jefferson

24725 E. Jefferson Ave.
St. Clair Shores, MI, 48080

Henry Ford Medical Center - Sterling Heights

3500 15 Mile Rd.
Sterling Heights, MI, 48310

Henry Ford Medical Center - Lakeside (Sterling Heights)

14500 Hall Rd.
Sterling Heights, MI, 48313

Henry Ford Medical Center - Taylor

24555 Haig Rd.
Taylor, MI, 48180

Henry Ford Medical Center - Troy

2825 Livernois
Troy, MI, 48083

Henry Ford Medical Center - Farmington Road

6530 Farmington Rd.
West Bloomfield, MI, 48322

Henry Ford Medical Center – Woodhaven

22505 Allen Rd.
Woodhaven, MI, 48183