# EXHIBIT 2

System-Wide Personal Appearance Standards HR Policy No: 5.06



Policy No: 5.06

| | |
|---|---|
| **Subject:** | Personal Appearance Standards |
| **Supersedes:** | All existing corporate and business unit policies on this subject |
| **Effective:** | January 1, 1999, January 1, 2013 |
| **Revised**: | Sept. 10, 2008, April 16, 2012, September 26, 2012, April 1, 2013 |
| **Reviewed**: | September 26, 2012, April 1, 2013 |
| **Page(s):** | 6 |
| **Approved by:** | The Henry Ford Service Excellence Steering Committee, HRET, Operating Leadership |

### 1.0    Philosophy/Purpose

A key component of promoting "The Henry Ford Experience" is for employees to embrace a diverse environment that takes pride in personal appearance reflecting an image of competence and professionalism. These qualities are essential for the proper, effective, and efficient administration of healthcare services and may contribute to the healing process. Further, the management of HFHS asks you to support the compliance in relation to infection control/safety protocols and other regulatory requirements of HFHS. As such, this policy has been established in an effort to engage employees in creating a healthy environment focusing on Patient Care.

### 2.0    Scope

This policy applies to all employees, students, volunteers, contractors, vendors and others during workdays, weekends, and off hours who work at all Henry Ford Health System business units and locations when they are in their role as an employee of the System. Employees who are required to wear a uniform must comply with their approved policy as established by their local business unit/department.

### 3.0    Responsibility

The implementation, administration and management of this policy shall be the responsibility of Henry Ford Health System operational leadership.  Additionally each employee is responsible for complying with this policy.

### 4.0    Policy

HFHS employees are expected to maintain proper hygiene and observe standards of appropriate business attire.  All HFHS employees shall present themselves well-groomed, and appropriately dressed at all times while on premises.  Although the general minimum requirements of this system-wide policy must be adhered to at each business unit, a business unit or department (i.e. patient care

System-Wide Personal Appearance Standards HR Policy No: 5.06

areas) can choose to implement more restrictive requirements based on infection control and other regulatory requirements.

## 5.0	Practice and Procedure

|  | <u>Acceptable</u> | <u>Unacceptable</u> |
|---|---|---|
| <u>Clothing</u> | Clean, neat, pressed, in good repair and appropriate size | Soiled, wrinkled, torn, noticeably worn, too tight or too loose.  See-through or revealing |
| Lab Coats | Must be clean and presentable | Soiled, wrinkled, torn, Noticeably worn |
| Nametags: (See HR Policy 5.01) | <ul><li>Worn at all times when on duty in an easily visible spot. Name and picture must be visible.</li><li>Badges should be worn above the waistband</li></ul> | <ul><li>No nametag, or worn in a place that is difficult to read</li><li>ID picture should not be covered in anyway</li></ul> |
| Hair | <ul><li>Neat, clean and groomed style.</li><li>Beards, sideburns and mustaches will be neatly trimmed.</li><li>Direct patient care and food service areas:<ul><li>Hair longer than shoulder length should be confined so it will not interfere with customer service or patient care.</li><li>Hairnets will be worn in food services areas.</li></ul></li></ul> | <ul><li>Extreme unnatural hair color.</li><li>Large, elaborate & exaggerated spiky hairstyles & accessories.</li><li>Poorly groomed facial hair.</li><li>Any strong odor resulting from the use of tobacco</li></ul> |
| Nails | Clean and trimmed nails that do not exceed 1/4 inch beyond the fingertip.<br><u>Note:</u> Acrylic nails that meet length restrictions and appearance standards are permitted only in non-clinical settings. | <ul><li>Dirty, ragged nails.</li><li>Artificial nails (i.e. acrylic, gel tips & overlays) in any HFHS facility where direct patient care is delivered.</li></ul> |
| Scent | <ul><li>Use of deodorant & light, mild perfume or after-shave, light scented mouth wash</li><li>All clothing worn during the shift must be free of the odor of tobacco.  Breath, skin, and hair must also be free from any scent of tobacco.</li></ul> | Excessive or heavy scent of any kind either from poor hygiene, strong perfume, or any other scented personal products. |
| Jewelry | Earrings should be complimentary to the clothing; not excessive. Patient care areas refer to Infection Control protocols | Facial piercing or piercing of other visible areas; unless of known cultural requirement |
| Shoes | <ul><li>Clean, polished, moderate to low heels.  Style appropriate as defined by department dress code</li><li>Shoes should complement the clothing</li><li>Open-toed shoes are permitted in non-clinical office settings provided the employee has no direct contact with patients.</li></ul> | <ul><li>Scuffed, dirty, unpolished, untied.</li><li>Heels higher than 2 ½ inches.</li><li>Open toed shoes in facilities where patient care is delivered.</li><li>Crocs without back strap and perforated shoes in any HFHS facility where patient care is delivered.</li></ul> |
| Make up | Complimentary to natural features | Excessive make up |
|  | Pants no shorter than ankle length. | Denim (includes jeans-see note), stretch pants, |

System-Wide Personal Appearance Standards HR Policy No: 5.06

| Pants/slacks | Note: Denim, including jeans, can be worn in non-clinical business settings only during non-work hour weekends or when moving offices due to relocation. | stirrup pants, leggings, sweatpants or sweat outfits, shorts, short skirts, skorts, capris. |
|---|---|---|
| Skirts/dresses | Long, tailored skirts or dresses no more than 2 inches above the knee. | See above. Sleeveless dress without jacket. |
| Shirts/Blouses | • Neat, clean, pressed shirts, blouses or sweaters.<br>• System approved image apparel.<br>• Approved uniform policy if applicable. | • Shirts with inappropriate sayings, logos, or advertising.<br>• No low cut or cropped shirts, tee-shirts, tank, tube or camouflage tops.<br>• Sleeveless top without jacket |
| Tattoos | Large tattoos must be covered | |

## 5.1 Uniform Standardization Color Chart

HFHS Business Units are moving to a uniform colors standardization during the time of 2013 through the 1st quarter of 2014. The following chart details position, uniform color, picture of color, and general guidelines to ensure uniform standardization across HFHS.

Page **3** of **6**

System-Wide Personal Appearance Standards HR Policy No: 5.06



## UNIFORM STANDARDIZATION COLOR CHART

| Position | Scrub Color | Picture of color |
|---|---|---|
| CAT/NA/MA/ER Techs/Paramedic | Burgundy | |
| Culinary Wellness staff | Rust top/Black slacks | |
| Housekeeper | Olive Green | |
| LPN | Chocolate Brown | |
| Mammography Technologist | Pink | |
| Nurse Extern | White | |
| Patient Transporter | Royal Blue | |
| Plant Operations/Facilities including skilled trades, electricians, engineers, painters, plumbers, life safety, etc. | Medium blue shirt with HFHS logo on one pocket and "Plant Operations" on the other. Black slacks. Painters will have the above logo but wear the traditional painter's shirts, trousers. | |
| Registered nurse | Ceil Blue | |
| Respiratory Therapist (RT) | Black | |
| Sitter | Khaki/Tan | |
| Supply Chain (Shipping/Receiving/Distribution) staff | Purple shirt with Black slacks | |
| Technician/Technologist (Outpatient procedural settings for example Vascular, Radiology, Cardiac Cath, Pharmacy) | Navy Blue | |
| Unit Secretary | Steel Gray | |
| Valet staff | HFHS blue shirt, black cargo pants, dark blue winter jacket | |

Note: Color reproduction varies by computer monitor and printer. If you have questions about your uniform color, contact your manager or supervisor.

96980 7/13

Page **4** of **6**

System-Wide Personal Appearance Standards HR Policy No: 5.06

### General Guidelines

*(Position)* Uniform Standard (Female/Male)

A. Scrubs or uniforms must be approved color of *(color)*. Scrub top, bottoms, or scrub dress must be solid *(color)*.
B. White, *(color of scrubs)*, or color coordinated scrub jacket or warm-up jacket made of fleece or cotton blend may be worn. A print scrub jacket will be a majority of the scrub color.
C. A solid *(color of scrub)* or white or black short or long sleeve or turtleneck shirt may be worn under a scrub top or scrub jacket.

Note: There are 2 different scrub colors in the ORs – Green and Ceil Blue. As the ORs purchase new scrubs – they will change to the OR Green color.

**5.2** **SMOKING CESSATION ASSISTANCE**

Any employee who wishes to receive information and/or assistance to quit smoking can contact the Center for Health Promotion and Disease Prevention at (313) 874-1885.

**General Assumptions/Exceptions:**

- Dress to show respect for HFHS customers, patients, colleagues and oneself.

- Take the extra steps to represent oneself to others in a manner that states: "We dress this way because we respect you."

- Be sensible. Review the impact of the specific duties of the department when deciding uniform standards.

- HFHS has adopted the position for infection control reasons; artificial nails (i.e. acrylic, gel tips & overlays) will not be permitted in any HFHS facility where patient care is delivered. Acrylic nails that meet length restrictions and appearance standards are permitted only in non-clinical settings.

- Denim, including jeans, can be worn in non-clinical business settings only during non-work hour weekends or when moving offices due to relocation. Denim may not be worn for special fund raisers of any sort.

- Henry Ford facilities where direct patient care is not delivered include:
    - Community Care Services – Bingham Farms Office

Page **5** of **6**

System-Wide Personal Appearance Standards HR Policy No: 5.06

- Health Alliance Plan (HAP)
- Northfield
- Rochester Hills Data Center
- One Ford Place (except Behavioral Health, Research Labs or other patient areas)
- Contact Center
- Piquette Medical records facility

- Any HFHS hospital, medical center, clinic or other facility where there are predominantly patient care services offered is considered a clinical setting

### 5.3   POLICY VIOLATIONS

Employees who fail to comply with the personal appearance code will be sent home to change outfit and expected to return to work in proper attire.  Employees will be charged with unscheduled CTO. Employees who are found to be in violation of this policy may also be subject to corrective action, up to and including termination.  *See Corrective Action Program Policy 5.17.*

**Attachments to Policy 5.06**
   None

*See also:*       *Corrective Action Program Policy 5.17*
             *Employee Identification Program Policy 5.01*
             *Drug Free Workplace Policy 5.11*
             *Tobacco Free Environment Policy 5.14*
             *Business Unit/Departmental Policies*