# EXHIBIT 3

# Personal Appearance Standards
# Radiology Department

The Radiology Department Personnel will follow the HFHS Policy No: 5.06 regarding Philosophy/Purpose, Scope, Responsibility Policy, and the Uniform Standardization Color Chart.

*Radiology General Guidelines*

The approved color of the Radiology Department is **Navy Blue**.

Scrub top, bottoms, or scrub dress must be solid **Navy Blue.**

White, Navy Blue or color coordinated scrub jacket or warm-up jacket made of fleece or cotton blend may be worn.  HFHS approved logo apparel shirts with the department name may continue to be worn as part of their uniform as long as the shirt is **Navy Blue**.  (Not acceptable: Shirts with inappropriate sayings, logos, or advertising. No low cut or cropped shirts, tee-shirts, tank, tube or camouflage tops or sleeveless tops without a jacket.

A print scrub jacket must be a majority of the scrub color-**Navy Blue**.

A solid navy blue or white or black short or long sleeve or turtleneck shirt may be worn under a scrub top or scrub jacket.

*Street cloths can be worn with a white lab jacket/coat, **navy pants** (or skirt) and a solid color shirt/blouse of white.

*The OR scrub color is green.  Those required to wear scrubs from the Scrub Ex machine will be receiving green scrubs and will follow the guidelines above.

*The Breast imaging areas color is Pink and will follow the guidelines above.

*CSRs will continue to wear the designated navy blue attire.

Dress code/Personal appearance Standards Rad 14