# EXHIBIT 4

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WHALEY,

    Plaintiff,

v

HENRY FORD HEALTH SYSTEM,

    Defendant.

Case No. 2:15-cv-12101
Hon. David Lawson

---

| | |
|---|---|
| LANCE C. YOUNG (P51254)<br>NEIL B. PIOCH (P67677)<br>SOMMERS SCHWARTZ, P.C.<br>Attorneys for Plaintiff<br>One Towne Square, 17th Floor<br>Southfield, MI 48076<br>(248) 335-0300<br><br>BRIAN YALDOU (P70600)<br>THE LAW OFFICE OF BRIAN YALDOU<br>23000 Telegraph<br>Brownstown Twp., MI 48134<br>(734) 692-9200 | TERRENCE J. MIGLIO (P30541)<br>BARBARA E. BUCHANAN (P55084)<br>VARNUM LLP<br>Attorneys for Defendant<br>39500 High Pointe Blvd., Ste. 350<br>Novi, MI 48375<br>(248) 567-7400<br>tjmiglio@varnumlaw.com<br>bebuchanan@varnumlaw.com |

---

## DECLARATION OF PAUL WENZEL

1.     My name is Paul Wenzel.

2.     I make this Declaration based on my personal knowledge and from the records of Henry Ford Health System ("HFHS"). If called as a witness, I can competently testify to the facts set forth in this Declaration.

3. I am currently employed with HFHS as an MRI Supervisor.

4. In my role as MRI Supervisor, I have personal knowledge regarding the Personal Appearance Standards implemented by the HFHS Radiology Department.

5. A true and accurate copy of the Personal Appearance Standards implemented by the HFHS Radiology Department is attached as **Exhibit 2** to the Brief in Support of HFHS's Motion to Dismiss.

**Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on:**

Date: 7-27-2015

_Paul D. Wenzel_
Paul Wenzel

_Linda J. Galante_

LINDA J. GALANTE
Notary Public - Michigan
Wayne County
My Commission Expires Jul 2, 2017
Acting in the County of ____

July 27, 2015