# EXHIBIT 6

| | **Policy Name/Subject:** Tier 1: HFHS Surgical Attire | **Policy No:** EHR075 |
|---|---|---|
| **Henry Ford Health System** | **Document includes:** ☑ Policy   ☐ Procedure   ☐ Other: | |
| | **Applies to:**  ☑ All HFHS   ☐ Business Unit:   ☐ Service Line:   ☐ Dept: | |
| | **Category:** Clinical | **Current Approval Date:** August 2013 |
| | **Owner** *(Title)*: HFHS CNO | **Approver** *(Title)*: OR Executive Council |
| | **Last Revision Date & Key Change(s):** August 2013 | |
| | **Key Word(s):** Surgical Attire | |

**Policy:**
Appropriate attire and personal protective equipment will be worn in the semi restricted and restricted areas of surgical services by all staff, physicians and visitors.

**Procedure:**

A. The 2013 AORN Perioperative Standards and Recommended Practices for Surgical Attire should be referred to for further detail related to the following policies.

B. Clean surgical attire, including shoes, head covering, masks, jackets, and identification badges should be worn in the semi-restricted and restricted areas of the surgical or invasive procedure setting.

C. Identification badges should be worn by all personnel in the peri-operative setting and be secured on the surgical attire top, be visible, and be cleaned if they become soiled.

D. Facility approved, clean and freshly hospital laundered surgical attire should be donned in a designated dressing area of the facility upon entry or reentry to the facility.

E. Scrubs worn into the hospital from the outside should be changed before entering semi restricted or restricted areas.

F. Personnel should change into street clothes whenever they leave the health care facility or when traveling between buildings located on separate campuses.

G. Surgical attire made of reusable woven fabric or single use non-woven fabric that is low-linting should be worn.

H. The top of the scrub suit should be secured at the waist, tucked into the pant, or fit close to the body.

I. Surgical attire should be changed daily and whenever visibly soiled, contaminated or wet.

J. All non-scrubbed personnel should wear a freshly hospital-laundered or single-use long sleeved warm-up jacket snapped closed with the cuffs down to the wrists when in the semi-restricted or restricted areas.

K. All personal clothing should be completely covered by the surgical attire (eg. Undergarments such as T-shirts with a V-neck, which can be contained underneath the scrub top may be worn; cloth head covers contained under a disposable bouffant head cover).

L. Personal clothing that extends above the scrub top neckline or below the sleeve of the surgical attire should not be worn.

*PRINTED VERSIONS OF THIS DOCUMENT ARE NOT CONTROLLED AND ARE FOR REFERENCE ONLY.*
*THE USER IS RESPONSIBLE TO CHECK THE DOCUMENT CONTROL SYSTEM TO VERIFY THE CURRENT VERSION PRIOR TO USE.*

M. Head and facial hair, including sideburns and the nape of the neck, should be covered when in the semi-restricted and restricted areas with a clean, low-lint surgical head cover or hood that confines all hair and covers scalp skin. Religious headwear must be covered by a hood in the semi restricted and restricted area.

N. Reuseable hats will be completely covered by a disposal head covering or hood.

O. All individuals entering restricted areas should wear a mask when open sterile items and equipment are present that covers both mouth and nose and be secured in a manner that prevents venting.

P. A fresh, clean surgical mask should be worn for every procedure and replaced and discarded when it becomes wet or soiled.

Q. Masks should not be worn hanging down from the neck and should be discarded after each procedure.

R. Masks should be removed by carefully handling only the ties, followed by hand hygiene.

S. Jewelry (including earrings, necklaces, watches, and bracelets) that cannot be contained or confined within the surgical attire should be removed before entry into the semi-restricted and restricted areas. (Refer to HFHS HR policy number 5.06 Personal Appearance Standards for further information).

T. Shoes worn within the surgical environment should be clean, have closed toes and backs, low heels, non-skid soles, and must meet OSHA and the health care organization's safety requirements.

U. Shoe covers are optional and if worn, should be changed whenever they become torn, wet, or soiled and should be removed and discarded in a designated container before leaving the surgical area.

V. No personal bags should be taken into the semi restricted or restricted areas of the perioperative suite.

W. Persons entering the semi-restricted or restricted areas of the operating room for a brief time for a specific purpose (eg. Law enforcement officers, parents, biomedical engineers) should cover all head and facial hair and don either freshly laundered surgical attire; single-use attire; or a single-use jumpsuit (eg. Coveralls, bunny suits) designed to completely cover outside

X. Lab coats are prohibited in the semi restricted or restricted areas.

Y. Masks along with protective eyewear will be worn whenever eye, nose, or mouth contamination can be reasonably anticipated such as: splashes, spray, or splatter of potentially infectious/hazardous materials.

Z. Scrubbed personnel will wear a mask and an eye shield when scrubbing in any procedure.

AA. Protective eyewear will be discarded or decontaminated after every procedure or exposure.

    BB. Any Surgical Services personnel that care or come into contact with an isolation patient will wear Personal Protective Equipment (PPE) appropriate for the type of isolation *(i.e. cover gown, gloves, and mask with eye shield, if applicable).*

**Definition(s)**

**Semi-restricted**-Includes the peripheral support areas of the surgical suite and has storage areas for sterile and clean supplies, work areas for storage and processing instruments, and corridors leading to the restricted areas of the surgical suite.

*PRINTED VERSIONS OF THIS DOCUMENT ARE NOT CONTROLLED AND ARE FOR REFERENCE ONLY.*
*THE USER IS RESPONSIBLE TO CHECK THE DOCUMENT CONTROL SYSTEM TO VERIFY THE CURRENT VERSION PRIOR TO USE.*

**Restricted area-**Includes the operating room (OR) and procedure room, the clean core, and the scrub sink areas. People in this area are required to wear full surgical attire and cover all head and facial hair, including sideburns, beards, and necklines.
**Unrestricted Area:** A central control point that is established to monitor the entrance of patients, personnel
and materials where traffic is not limited and street clothes are permitted.


**Reference(s)/Source(s):**
    AORN Perioperative Standards and Recommended Practices for Inpatient and Ambulatory Settings 2013 Edition

*PRINTED VERSIONS OF THIS DOCUMENT ARE NOT CONTROLLED AND ARE FOR REFERENCE ONLY.*
*THE USER IS RESPONSIBLE TO CHECK THE DOCUMENT CONTROL SYSTEM TO VERIFY THE CURRENT VERSION PRIOR TO USE.*