# EXHIBIT 7

| | Subject:  Attire for the Surgery Department |
|---|---|
| **Henry Ford Health System**  Henry Ford Wyandotte Hospital | **Document includes:**  ■ Policy  ☐ Procedure  ☐ Guideline  ☐ Competency  ☐ Form  ☐ Job Aid |
| | **Applies to:**  ☐ All HFHS   ■ HFWH (HW)   ■ Department: Surgical Services |
| | **Policy No.**: SSA2     **Implemented:** April 2, 2012 |
| | **Owner:**  Manager Operating Room  SS Clinical Nurse Educator     **Approved by**:  Director Surgical Services  4/2/2012 |

**POLICY:**
Appropriate attire and personal protective equipment will be worn in the Operating Room and other surgical departments by all staff, physicians, and visitors.

I. All personnel entering the semi-restricted and restricted areas of the Surgical Department will be in O.R. issued attire.

    A. O.R. attire is clean and made of a fabric that meets or exceeds the "Flammable Anesthetizing Locations" of the National Fire Protection Association.
    B. Surgical attire should meet or exceed the AORN Recommendation I.
    C. All reusable attire will be laundered after each use in a laundry facility approved and monitored by the hospital.
    D. O.R. attire will be changed when wet or soiled.
    E. **Any surgical services personnel that <u>leave the facility and returns to duty</u> in the Surgical Services Department will change into fresh O.R. issued attire (i.e. lunch breaks outside of hospital).**
    F. Engineering and other departmental employees whose services are required in surgery must adhere to the policy with the exception:

        1. If the work or service is required outside the actual operating room or inside an unoccupied operating room the employee(s) will wear a department issued disposable coverall, shoe covers, and hat.
        2. If the work or service is required in an occupied O.R. suite the employee(s) will wear the operating room issued attire, disposable hat, and shoe covers.

    G. Home laundering of department issued surgical attire is prohibited.
    H. Previously worn surgical attire is prohibited; including cover jackets.
    I. O.R. issued surgical attire will not be stored in lockers.
    J. **Other personal garments *(i.e. t-shirts)* will be completely contained *(including sleeves)* within the O.R. issued surgical attire. Turtlenecks are prohibited.**
    K. O.R. short cover jackets will be worn by non-scrubbed personnel who move in or around the sterile field to contain bacterial shedding *(i.e. circulator, scrub, and FA).* Sleeves will be pulled down over arms completely while in the restricted O.R. area to prevent skin shedding transfer to sterile/aseptic fields.
    L. **Surgical Services staff and physicians will wear a cover gown/jacket/lab coat or will change into fresh O.R. issued scrubs after any direct patient care on other units** *(i.e. bedside bronchoscopy).*
    M. **Lab coats are prohibited in the semi-restricted or restricted O.R. areas.**

II. All possible head and facial hair will be covered while in the semi-restricted and restricted areas of the surgical suite.

    A. The surgical hat or hood will be clean, free of lint, changed daily, and will **confine** the hair.

    B.    All reusable cloth hats will be **covered by O.R. issued disposable hats** when entering semi-restricted or restricted O.R. areas.
    C.    The surgical hat or hood design and composition will minimize bacterial dispersal.

III.    All personnel entering the semi-restricted and restricted areas of the surgical suite will wear shoes worn exclusively for duty.

    A.    Cloth or open toed/vented shoes are prohibited. Socks/Hosiery must be worn at all times.  Cloth tennis shoes (mesh) will be covered by shoe covers.
    B.    Shoe covers will be changed daily and as soon as possible if torn, wet, or soiled.
    C.    Shoe covers will be worn if shoes are not exclusive to surgical department use.

IV.    All personnel will wear a high filtration mask in the restricted areas of the surgical suite.

    A.    Masks will be worn at all times in the operating room and other designated areas where open sterile supplies or scrubbed persons may be located.
    B.    Masks will have high microbial filtration efficiency.
    C.    Masks will cover the mouth and nose completely.
    D.    Masks will have facial compliance to prevent venting by securing with two tied areas *(one near top of head and one around neck)*.
    E.    Masks are either on or off. They are not to be saved by hanging around the neck or tucked into a pocket for future use.
    F.    Masks are to be disposed of after every procedure or patient encounter.
    G.    Use of double masking is prohibited.
    H.    Personnel will remove masks by handling only the ties, to ensure cross contamination does not transfer to work area or patient.
    I.    Gum chewing is prohibited within the sterile field.

V.    All personnel entering the restricted areas of the surgical suite will have all jewelry totally confined or removed.

    A.    Rings, watches, and bracelets will be removed before scrubbing.
    B.    All other jewelry will be limited to clinical necessity and totally confined within scrub attire, hat, or removed.

        1.  Watches are acceptable if not worn in or around the sterile field.
        2. Earrings will be confined within the disposable surgical hat or removed.

    C.    Fingernails will be clean and well manicured at all times.
    D.    **Nail polish and rings are <u>prohibited</u> in the restricted Operating Room area.**  Nails must remain short *(no more than one quarter of an inch)* and well manicured, with adherence to the surgical hand scrub policy and human resource attire policy.
    E.    Any type of false fingernails/tips will not be permitted.

VI.    All personnel coming in contact with patients, infectious materials, working within sterile field, or disinfecting or decontaminating any objects will wear appropriate gloves.

    A.    Sterile gloves must be worn when performing sterile procedures.
    B.    Medical non-sterile gloves will be used for non-sterile activities.
    C.    Gloves will be changed between patient contact and after contact with contaminated items after the task is complete.
    D.    Hand hygiene will be performed as soon as possible after gloves are removed. Use of facility approved hand sanitizer can be used if hands are not visibly soiled.

VII.    All personnel will wear protective eyewear or face shields when splashing or spraying is likely.

- A. Masks along with protective eyewear will be worn whenever eye, nose, or mouth contamination can be reasonably anticipated such as: splashes, spray, or splatter of potentially infectious/hazardous materials.
- B. **Scrubbed personnel will wear a mask and an eye shield when scrubbing in any procedure.  Non-scrubbed personnel will follow point "A" above.**
- C. Protective eyewear will be discarded or decontaminated after every procedure or exposure.
- D. **Any Surgical Services personnel that care or come into contact with an isolation patient will wear PPE** *(i.e. cover gown, gloves, and mask with eye shield, if applicable).*

**REFERENCES:**
HFAP 30.00.00

2011 AORN Peri-Operative Standards and Recommended Practices (pages 57 - 71)

FNPA - HealthCare Facilities Handbook, 2005 ed. - E.6.6.8..6.4, E.6.6.8.8.1, E.6.6.10.1, E.6.6.10.4

OSHA

DNV:  SS.1

CDC:  Guide for Prevention of SSI, page 268

**Document Control Dates**

| Origination Date: | November 1, 1994 |
|---|---|
| Next Approval Date: | April 2, 2015 |
| Upload Date to Henry: | 7/21/2012 |