# EXHIBIT 9

## Index of Employee Declarations

|  | Employee Name | Title | Department | Campus |
|---|---|---|---|---|
| 1. | Ash, Linda | Radiologic Tech | K-12 Orthopedics | Main |
| 2. | Boyd, Rachel | Nuclear Medicine Tech | Radiology | Main |
| 3. | Brocker, Nicole | Medical Assistant | Family Medicine | E. Jefferson |
| 4. | Cook, Amy | Sonographer | Radiology | Main |
| 5. | Dansby, Stephanie | LPN | Dialysis | Main |
| 6. | Dudley, Nicole | CNA | IPD | Main |
| 7. | Fletcher, Thomas | Nuclear Medicine Tech | Radiology | Main |
| 8. | Hendrian, Michelle | Radiographer | General – GI Radiology | Main |
| 9. | Kohling, Kathrine | Medical Assistant | Family Medicine | Hamtramck |
| 10. | Lacea, Josephine | LPN | Dialysis | W. Pavilion |
| 11. | Latif, Abdul | Medical Assistant | Family Medicine | Hamtramck |
| 12. | Martin, Curtis | Radiographer | Radiology | Main |
| 13. | Mousouleas, Chelsey | ED Tech | Emergency | Main |
| 14. | Neagu, Patricia | Mammographer | Breast Imaging | NCO |
| 15. | Nicolaou, Angela | Lead Vasc Ultrasound Tech | Vascular Surgery/Lab | Main |
| 16. | Rush, Ranae | Patient Sitter | Clinical Resource | Main |
| 17. | Silver, David | Radiographer | Radiology | Main |
| 18. | Smith, Christa | Medical Assistant | Family Medicine | Hamtramck |
| 19. | Steenbergh, Kimberly | Medical Assistant | Family Medicine | E. Jefferson |
| 20. | Tenenboym, Svetlana | Ultrasound Tech | Radiology | Main |

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WHALEY,

     Plaintiff,                    Case No. 2:15-cv-12101

v                             Hon.  David Lawson

HENRY FORD HEALTH SYSTEM,

     Defendant.

---

| | |
|---|---|
| Lance C. Young (P51254)<br>Neil B. Pioch (P67677)<br>SOMMERS SCHWARTZ, P.C.<br>Attorneys for Plaintiff<br>One Towne Square, 17th Floor<br>Southfield, MI 48076<br>(248) 335-0300<br><br>Brian Yaldou (P70600)<br>THE LAW OFFICE OF BRIAN YALDOU<br>23000 Telegraph<br>Brownstown Twp., MI 48134<br>(734) 692-9200 | Terrence J. Miglio (P30541)<br>Barbara E. Buchanan (P55084)<br>VARNUM LLP<br>Attorneys for Defendant<br>39500 High Pointe Blvd., Ste. 350<br>Novi, MI 48375<br>(248) 567-7400<br>tjmiglio@varnumlaw.com<br>bebuchanan@varnumlaw.com |

---

## DECLARATION OF _____

1.     My name is *LINDA Ash* .

2.     I make this Declaration based on my personal knowledge.  If called as

a witness, I can competently testify to the facts set forth in this Declaration.

3.     I am currently employed with Henry Ford Health System ("HFHS") as a _Radiologic technologist_ in the _K-12 orthipedic office_ at _Main Campus_.   I have been employed with HFHS since _2001_.

4.     My work uniform is (scrubs) or _____.

5.     I do (not) iron my scrubs/other uniform before coming to work and I have never been disciplined for not doing so.

6.     HFHS never told me that I had to iron my scrubs/other uniform.

7.     In addition:

_yes_ I wash and dry my scrubs/other uniform at home with my other clothes.

_yes_ I remove my scrubs/other uniform from the drying machine before they become wrinkled.

_no_ My spouse/roommate/significant other/child/parent washes my scrubs/other uniform.

_no_ I use a laundry or dry cleaning service for my scrubs/other uniform.

_no_ I receive my scrubs from the Scrubex service provided by HFHS.

**Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on:**

Date: _07/04/15_

_LINDA Ash_
Name:

2

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WHALEY,

      Plaintiff,

v

HENRY FORD HEALTH SYSTEM,

      Defendant.

Case No. 2:15-cv-12101
Hon.  David Lawson

---

| | |
|---|---|
| Lance C. Young (P51254)<br>Neil B. Pioch (P67677)<br>SOMMERS SCHWARTZ, P.C.<br>Attorneys for Plaintiff<br>One Towne Square, 17th Floor<br>Southfield, MI 48076<br>(248) 335-0300 | Terrence J. Miglio (P30541)<br>Barbara E. Buchanan (P55084)<br>VARNUM LLP<br>Attorneys for Defendant<br>39500 High Pointe Blvd., Ste. 350<br>Novi, MI 48375<br>(248) 567-7400<br>tjmiglio@varnumlaw.com<br>bebuchanan@varnumlaw.com |
| Brian Yaldou (P70600)<br>THE LAW OFFICE OF BRIAN<br>YALDOU<br>23000 Telegraph<br>Brownstown Twp., MI 48134<br>(734) 692-9200 | |

---

**DECLARATION OF** _____ **[INSERT NAME]**

1.     My name is _Rachel Boyd_____ . **[INSERT NAME]**.

2.     I make this Declaration based on my personal knowledge.  If called as

a witness, I can competently testify to the facts set forth in this Declaration.

3.     I am currently employed with Henry Ford Health System ("HFHS") as

a _Certified Nuclear Medicine Tech_ **[INSERT   JOB   TITLE]**   in   the

_Radiology_ [NAME OF DEPARTMENT/BUSINESS UNIT] at _HFH-Main_ [FACILITY NAME]. I have been employed with HFHS since _2009_ [INSERT DATE OR YEAR].

4.     My work uniform is (scrubs) or _____. [IF NOT SCRUBS, DESCRIBE UNIFORM].

5.     I do not iron my scrubs/other uniform before coming to work and I have never been disciplined for not doing so. _Agreed_

6.     HFHS never told me that I had to iron my scrubs/other uniform.

7.     In addition: [CHECK ALL THAT APPLY]:

       X     I wash and dry my scrubs/other uniform at home with my other clothes.

       X     I remove my scrubs/other uniform from the drying machine before they become wrinkled.

       X     My spouse/roommate/(significant other)/child/parent washes my (scrubs)/other uniform. [CIRCLE AND INITIAL ALL THAT APPLY]

       ___   I use a laundry or dry cleaning service for my scrubs/other uniform.

       ___   I receive my scrubs from the Scrubex service provided by HFHS.

**Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on:**

Date: _Aug 5, 2015_       _Rachel K Boyd_

                          Name: [PRINT NAME]

2

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WHALEY,

     Plaintiff,

  v

HENRY FORD HEALTH SYSTEM,

     Defendant.

Case No. 2:15-cv-12101
Hon. David Lawson

---

Lance C. Young (P51254)
Neil B. Pioch (P67677)
SOMMERS SCHWARTZ, P.C.
Attorneys for Plaintiff
One Towne Square, 17th Floor
Southfield, MI 48076
(248) 335-0300

Brian Yaldou (P70600)
THE LAW OFFICE OF BRIAN
YALDOU
23000 Telegraph
Brownstown Twp., MI 48134
(734) 692-9200

Terrence J. Miglio (P30541)
Barbara E. Buchanan (P55084)
VARNUM LLP
Attorneys for Defendant
39500 High Pointe Blvd., Ste. 350
Novi, MI 48375
(248) 567-7400
tjmiglio@varnumlaw.com
bebuchanan@varnumlaw.com

---

## **DECLARATION OF**

1.    My name is _Nicole Brocker_.

2.    I make this Declaration based on my personal knowledge. If called as

a witness, I can competently testify to the facts set forth in this Declaration.

3.     I am currently employed with Henry Ford Health System ("HFHS") as a _medical assistant_ in the _Family Practice Dept_ at _E Jefferson_ . I have been employed with HFHS since _2001_.

4.     My work uniform is (scrubs) or _____.

5.     I do not iron my scrubs/other uniform before coming to work and I have never been disciplined for not doing so.

6.     HFHS never told me that I had to iron my scrubs/other uniform.

7.     In addition:

    ☒   I wash and dry my scrubs/other uniform at home with my other clothes.

    ☒   I remove my scrubs/other uniform from the drying machine before they become wrinkled.

    ___   My spouse/roommate/significant other/child/parent washes my scrubs/other uniform.

    ___   I use a laundry or dry cleaning service for my scrubs/other uniform.

    ___   I receive my scrubs from the Scrubex service provided by HFHS.

**Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on:**

Date: _8-4-15_

Name: _Nicole Brooker_

2

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WHALEY,

     Plaintiff,                             Case No. 2:15-cv-12101

v                                       Hon.  David Lawson

HENRY FORD HEALTH SYSTEM,

     Defendant.

---

Lance C. Young (P51254)
Neil B. Pioch (P67677)
SOMMERS SCHWARTZ, P.C.
Attorneys for Plaintiff
One Towne Square, 17th Floor
Southfield, MI 48076
(248) 335-0300

Brian Yaldou (P70600)
THE LAW OFFICE OF BRIAN
YALDOU
23000 Telegraph
Brownstown Twp., MI 48134
(734) 692-9200

Terrence J. Miglio (P30541)
Barbara E. Buchanan (P55084)
VARNUM LLP
Attorneys for Defendant
39500 High Pointe Blvd., Ste. 350
Novi, MI 48375
(248) 567-7400
tjmiglio@varnumlaw.com
bebuchanan@varnumlaw.com

---

**DECLARATION OF**_____ **[INSERT NAME]**

1.    My name is ___*Amy Cook*___.**[INSERT NAME]**.

2.    I make this Declaration based on my personal knowledge.  If called as

a witness, I can competently testify to the facts set forth in this Declaration.

3.    I am currently employed with Henry Ford Health System ("HFHS") as

a ___*Sonographer*___ **[INSERT JOB TITLE]** in the

_Radiology_ [NAME OF DEPARTMENT/BUSINESS UNIT] at _HFH_ [FACILITY NAME]. I have been employed with HFHS since _16 yrs_ [INSERT DATE OR YEAR].

4.    My work uniform is (scrubs) or _____. [IF NOT SCRUBS, DESCRIBE UNIFORM].

5.    I do not iron my scrubs/other uniform before coming to work and I have never been disciplined for not doing so. _I agree_

6.    HFHS never told me that I had to iron my scrubs/other uniform. _I agree_

7.    In addition: [CHECK ALL THAT APPLY]:

X    I wash and dry my scrubs/other uniform at home with my other clothes.

X    I remove my scrubs/other uniform from the drying machine before they become wrinkled.

____    My spouse/roommate/significant other/child/parent washes my scrubs/other uniform. [CIRCLE AND INITIAL ALL THAT APPLY]

____    I use a laundry or dry cleaning service for my scrubs/other uniform.

____    I receive my scrubs from the Scrubex service provided by HFHS.

**Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on:**

Date: _8.5.15_        _Amy Cook RDMS_
                        Name: [PRINT NAME]

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WHALEY,

     Plaintiff,                                Case No. 2:15-cv-12101

v                                                                          Hon.  David Lawson

HENRY FORD HEALTH SYSTEM,

     Defendant.

---

| | |
|---|---|
| Lance C. Young (P51254) | Terrence J. Miglio (P30541) |
| Neil B. Pioch (P67677) | Barbara E. Buchanan (P55084) |
| SOMMERS SCHWARTZ, P.C. | VARNUM LLP |
| Attorneys for Plaintiff | Attorneys for Defendant |
| One Towne Square, 17th Floor | 39500 High Pointe Blvd., Ste. 350 |
| Southfield, MI 48076 | Novi, MI 48375 |
| (248) 335-0300 | (248) 567-7400 |
| | tjmiglio@varnumlaw.com |
| Brian Yaldou (P70600) | bebuchanan@varnumlaw.com |
| THE LAW OFFICE OF BRIAN YALDOU | |
| 23000 Telegraph | |
| Brownstown Twp., MI 48134 | |
| (734) 692-9200 | |

---

## **DECLARATION OF** _Stefanie Dansby_

1.    My name is _Stefanie Dansby_.

2.    I make this Declaration based on my personal knowledge.  If called as

a witness, I can competently testify to the facts set forth in this Declaration.

3.      I am currently employed with Henry Ford Health System ("HFHS") as

a _____*LPN*_____ in the _____*Dialysis*_____

at _____*Main Campus*_____. I have been employed with HFHS since

*2005*.

4.      My work uniform is scrubs or _____*Scrubs*_____.

5.      I do not iron my scrubs/other uniform before coming to work and I have never been disciplined for not doing so.

6.      HFHS never told me that I had to iron my scrubs/other uniform.

7.      In addition:

✓  I wash and dry my scrubs/other uniform at home with my other clothes.

____  I remove my scrubs/other uniform from the drying machine before they become wrinkled.

____  My spouse/roommate/significant other/child/parent washes my scrubs/other uniform.

____  I use a laundry or dry cleaning service for my scrubs/other uniform.

____  I receive my scrubs from the Scrubex service provided by HFHS.

**Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on:**

Date: _____*8/6/15*_____       _____*(signature)*_____
                                    Name:

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WHALEY,

     Plaintiff,

v

HENRY FORD HEALTH SYSTEM,

     Defendant.

Case No. 2:15-cv-12101
Hon. David Lawson

---

Lance C. Young (P51254)
Neil B. Pioch (P67677)
SOMMERS SCHWARTZ, P.C.
Attorneys for Plaintiff
One Towne Square, 17th Floor
Southfield, MI 48076
(248) 335-0300

BRIAN YALDOU (P70600)
THE LAW OFFICE OF BRIAN YALDOU
23000 Telegraph
Brownstown Twp., MI 48134
(734) 692-9200

Terrence J. Miglio (P30541)
Barbara E. Buchanan (P55084)
VARNUM LLP
Attorneys for Defendant
39500 High Pointe Blvd., Ste. 350
Novi, MI 48375
(248) 567-7400
tjmiglio@varnumlaw.com
bebuchanan@varnumlaw.com

---

## DECLARATION OF Nicole Dudley

1.    My name is Nicole Dudley

2.    I make this Declaration based on my personal knowledge.  If called as a witness, I can competently testify to the facts set forth in this Declaration.

3.     I am currently employed with Henry Ford Health System ("HFHS") as a _CNA_____ in the _IPD_____ at _HFHS main_. I have been employed with HFHS since _6·27·2011_

4.     My work uniform is (scrubs) or _____.

5.     I do not iron my scrubs/other uniform before coming to work and I have never been disciplined for not doing so.

6.     HFHS never told me that I had to iron my scrubs/other uniform.

7.     In addition:

   ✓   I wash and dry my scrubs/other uniform at home with my other clothes.

   ✓   I remove my scrubs/other uniform from the drying machine before they become wrinkled.

   ____   My spouse/roommate/significant other/child/parent washes my scrubs/other uniform.

   ____   I use a laundry or dry cleaning service for my scrubs/other uniform.

   ____   I receive my scrubs from the Scrubex service provided by HFHS.

**Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on:**

Date: _8 - 3 - 2015_           Nicole Dudley
                               Name: _____

2

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WHALEY,

      Plaintiff,

v

      Case No. 2:15-cv-12101
      Hon.  David Lawson

HENRY FORD HEALTH SYSTEM,

      Defendant.

---

Lance C. Young (P51254)
Neil B. Pioch (P67677)
SOMMERS SCHWARTZ, P.C.
Attorneys for Plaintiff
One Towne Square, 17th Floor
Southfield, MI 48076
(248) 335-0300

Brian Yaldou (P70600)
THE LAW OFFICE OF BRIAN
YALDOU
23000 Telegraph
Brownstown Twp., MI 48134
(734) 692-9200

Terrence J. Miglio (P30541)
Barbara E. Buchanan (P55084)
VARNUM LLP
Attorneys for Defendant
39500 High Pointe Blvd., Ste. 350
Novi, MI 48375
(248) 567-7400
tjmiglio@varnumlaw.com
bebuchanan@varnumlaw.com

---

**DECLARATION OF** _____ **[INSERT NAME]**

1.     My name is _THOMAS FLETCHER_ .[INSERT NAME].

2.     I make this Declaration based on my personal knowledge.  If called as a witness, I can competently testify to the facts set forth in this Declaration.

3.     I am currently employed with Henry Ford Health System ("HFHS") as a _Nuclear Medicine Technologist_ [INSERT  JOB  TITLE]  in  the

_Radiology_____ [NAME OF DEPARTMENT/BUSINESS UNIT] at ___HFH_____ [FACILITY NAME].   I have been employed with HFHS since _33 years_ [INSERT DATE OR YEAR].

4.   My work uniform is (scrubs) or _____.  [IF NOT SCRUBS, DESCRIBE UNIFORM].

5.   I do not iron my scrubs/other uniform before coming to work and I have never been disciplined for not doing so.

6.   HFHS never told me that I had to iron my scrubs/other uniform.

7.   In addition: [CHECK ALL THAT APPLY]:

_Yes_   I wash and dry my scrubs/other uniform at home with my other clothes.

_Yes_   I remove my scrubs/other uniform from the drying machine before they become wrinkled.

_No_   My spouse/roommate/significant other/child/parent washes my scrubs/other uniform.   [CIRCLE AND INITIAL ALL THAT APPLY]

_No_   I use a laundry or dry cleaning service for my scrubs/other uniform.

_No_   I receive my scrubs from the Scrubex service provided by HFHS.

**Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on:**

Date: _05 Aug 2015_        _Tom Fletcher_____
                            Name:  [PRINT NAME]

2

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WHALEY,

      Plaintiff,

v

HENRY FORD HEALTH SYSTEM,

      Defendant.

Case No. 2:15-cv-12101
Hon.  David Lawson

---

| | |
|---|---|
| Lance C. Young (P51254) | Terrence J. Miglio (P30541) |
| Neil B. Pioch (P67677) | Barbara E. Buchanan (P55084) |
| SOMMERS SCHWARTZ, P.C. | VARNUM LLP |
| Attorneys for Plaintiff | Attorneys for Defendant |
| One Towne Square, 17th Floor | 39500 High Pointe Blvd., Ste. 350 |
| Southfield, MI 48076 | Novi, MI 48375 |
| (248) 335-0300 | (248) 567-7400 |
| | tjmiglio@varnumlaw.com |
| Brian Yaldou (P70600) | bebuchanan@varnumlaw.com |
| THE LAW OFFICE OF BRIAN YALDOU | |
| 23000 Telegraph | |
| Brownstown Twp., MI 48134 | |
| (734) 692-9200 | |

---

## DECLARATION OF _____

1.    My name is *Michelle Hendrian RTR.*
*Radiographer, Main Campus, GENERALS/GI.*

2.    I make this Declaration based on my personal knowledge.  If called as

a witness, I can competently testify to the facts set forth in this Declaration.

3.    I am currently employed with Henry Ford Health System ("HFHS") as a _Radiographer_ in the _General / GI Radiology_ at _HFH Main Campus_. I have been employed with HFHS since _2005_.

4.    My work uniform is (scrubs or) _Scrubs_.

5.    I do not iron my scrubs/other uniform before coming to work and I have never been disciplined for not doing so.

6.    HFHS never told me that I had to iron my scrubs/other uniform.

7.    In addition:

_NO_    I wash and dry my scrubs/other uniform at home with my other clothes.

_YES_    I remove my scrubs/other uniform from the drying machine before they become wrinkled.

_NO_    My spouse/roommate/significant other/child/parent washes my scrubs/other uniform.

_NO_    I use a laundry or dry cleaning service for my scrubs/other uniform.

_NO_    I receive my scrubs from the Scrubex service provided by HFHS.

**Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on:**

Date: _August 3, 2015_

Name: _MICHELLE HENDRIAN_

2

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WHALEY,

     Plaintiff,

v

                                       Case No. 2:15-cv-12101
                                       Hon. David Lawson

HENRY FORD HEALTH SYSTEM,

     Defendant.

---

| | |
|---|---|
| Lance C. Young (P51254)<br>Neil B. Pioch (P67677)<br>SOMMERS SCHWARTZ, P.C.<br>Attorneys for Plaintiff<br>One Towne Square, 17th Floor<br>Southfield, MI 48076<br>(248) 335-0300<br><br>Brian Yaldou (P70600)<br>THE LAW OFFICE OF BRIAN YALDOU<br>23000 Telegraph<br>Brownstown Twp., MI 48134<br>(734) 692-9200 | Terrence J. Miglio (P30541)<br>Barbara E. Buchanan (P55084)<br>VARNUM LLP<br>Attorneys for Defendant<br>39500 High Pointe Blvd., Ste. 350<br>Novi, MI 48375<br>(248) 567-7400<br>tjmiglio@varnumlaw.com<br>bebuchanan@varnumlaw.com |

---

## DECLARATION OF

1.    My name is _Kathrine Kohling_.

2.    I make this Declaration based on my personal knowledge. If called as

a witness, I can competently testify to the facts set forth in this Declaration.

3.     I am currently employed with Henry Ford Health System ("HFHS") as a __Medical Assistant__ in the __Family Medicine Dept.__ at __Hamtramck__. I have been employed with HFHS since __May 2015__

4.     My work uniform is scrubs or _____.

5.     I do not iron my scrubs/other uniform before coming to work and I have never been disciplined for not doing so.

6.     HFHS never told me that I had to iron my scrubs/other uniform.

7.     In addition:

__(yes)__     I wash and dry my scrubs/other uniform at home with my other clothes.

_____     I remove my scrubs/other uniform from the drying machine before they become wrinkled.

_____     My spouse/roommate/significant other/child/parent washes my scrubs/other uniform.

_____     I use a laundry or dry cleaning service for my scrubs/other uniform.

_____     I receive my scrubs from the Scrubex service provided by HFHS.

**Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on:**

Date: __8/4/15__

Name: __Kathrine Kohling__

2

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WHALEY,

     Plaintiff,

v

     Case No. 2:15-cv-12101
     Hon.  David Lawson

HENRY FORD HEALTH SYSTEM,

     Defendant.

---

Lance C. Young (P51254)
Neil B. Pioch (P67677)
SOMMERS SCHWARTZ, P.C.
Attorneys for Plaintiff
One Towne Square, 17th Floor
Southfield, MI 48076
(248) 335-0300

Brian Yaldou (P70600)
THE LAW OFFICE OF BRIAN
YALDOU
23000 Telegraph
Brownstown Twp., MI 48134
(734) 692-9200

Terrence J. Miglio (P30541)
Barbara E. Buchanan (P55084)
VARNUM LLP
Attorneys for Defendant
39500 High Pointe Blvd., Ste. 350
Novi, MI 48375
(248) 567-7400
tjmiglio@varnumlaw.com
bebuchanan@varnumlaw.com

---

## __DECLARATION OF__     JOSEPHINE LALEA

1.    My name is    JOSEPHINE LALEA .

2.    I make this Declaration based on my personal knowledge.  If called as

a witness, I can competently testify to the facts set forth in this Declaration.

3.      I am currently employed with Henry Ford Health System ("HFHS") as

a _____LPN_____ in the ___West Pavilion Dialysis___

at ___2014_____.   I have been employed with HFHS since

_____.

4.      My work uniform is scrubs or ___Scrubs_____.

5.      I do not iron my scrubs/other uniform before coming to work and I
have never been disciplined for not doing so.

6.      HFHS never told me that I had to iron my scrubs/other uniform.

7.      In addition:

_____✓_____ I wash and dry my scrubs/other uniform at home with my other
clothes.

_____✓_____ I remove my scrubs/other uniform from the drying machine
before they become wrinkled.

_____ My spouse/roommate/significant other/child/parent washes my
scrubs/other uniform.

_____ I use a laundry or dry cleaning service for my scrubs/other
uniform.

_____✓_____ I receive my scrubs from the Scrubex service provided by
HFHS.

**Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the
foregoing is true and correct.  Executed on:**

Date: _8/5/15_____            JOSEPHINE S. VALEA_____
                                 Name:

2

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WHALEY,

      Plaintiff,

v

                                    Case No. 2:15-cv-12101
                                    Hon. David Lawson

HENRY FORD HEALTH SYSTEM,

      Defendant.

---

| Lance C. Young (P51254) | Terrence J. Miglio (P30541) |
|---|---|
| Neil B. Pioch (P67677) | Barbara E. Buchanan (P55084) |
| SOMMERS SCHWARTZ, P.C. | VARNUM LLP |
| Attorneys for Plaintiff | Attorneys for Defendant |
| One Towne Square, 17th Floor | 39500 High Pointe Blvd., Ste. 350 |
| Southfield, MI 48076 | Novi, MI 48375 |
| (248) 335-0300 | (248) 567-7400 |
| | tjmiglio@varnumlaw.com |
| Brian Yaldou (P70600) | bebuchanan@varnumlaw.com |
| THE LAW OFFICE OF BRIAN | |
| YALDOU | |
| 23000 Telegraph | |
| Brownstown Twp., MI 48134 | |
| (734) 692-9200 | |

---

## DECLARATION OF _____

1.    My name is _Abdul Latif_ .

2.    I make this Declaration based on my personal knowledge. If called as a witness, I can competently testify to the facts set forth in this Declaration.

3.      I am currently employed with Henry Ford Health System ("HFHS") as a _medical Assistant_ the _Family Medicine_ at _Hembrick_ . I have been employed with HFHS since _11/2001_.

4.      My work uniform is scrubs or _____.

5.      I do not iron my scrubs/other uniform before coming to work and I have never been disciplined for not doing so.

6.      HFHS never told me that I had to iron my scrubs/other uniform.

7.      In addition:

(A)   I wash and dry my scrubs/other uniform at home with my other clothes.

____   I remove my scrubs/other uniform from the drying machine before they become wrinkled.

____   My spouse/roommate/significant other/child/parent washes my scrubs/other uniform.

____   I use a laundry or dry cleaning service for my scrubs/other uniform.

____   I receive my scrubs from the Scrubex service provided by HFHS.

**Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on:**

Date: _8/4/15_                         _Abdul Laby_
                                               Name:

2

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WHALEY,

     Plaintiff,

v

HENRY FORD HEALTH SYSTEM,

     Defendant.

Case No. 2:15-cv-12101
Hon. David Lawson

---

Lance C. Young (P51254)
Neil B. Pioch (P67677)
SOMMERS SCHWARTZ, P.C.
Attorneys for Plaintiff
One Towne Square, 17th Floor
Southfield, MI 48076
(248) 335-0300

Brian Yaldou (P70600)
THE LAW OFFICE OF BRIAN
YALDOU
23000 Telegraph
Brownstown Twp., MI 48134
(734) 692-9200

Terrence J. Miglio (P30541)
Barbara E. Buchanan (P55084)
VARNUM LLP
Attorneys for Defendant
39500 High Pointe Blvd., Ste. 350
Novi, MI 48375
(248) 567-7400
tjmiglio@varnumlaw.com
bebuchanan@varnumlaw.com

---

### **DECLARATION OF** _____ **[INSERT NAME]**

1.    My name is ___*Curtis Martin*___ .[INSERT NAME].

2.    I make this Declaration based on my personal knowledge. If called as a witness, I can competently testify to the facts set forth in this Declaration.

3.    I am currently employed with Henry Ford Health System ("HFHS") as a ___*Radiographer*___ [INSERT JOB TITLE] in the

_RADIOLOGY_ _____ [NAME OF DEPARTMENT/BUSINESS UNIT] at __ _HFH_ _____ [FACILITY NAME]. I have been employed with HFHS since _7 YEARS_ [INSERT DATE OR YEAR].

4.    My work uniform is (scrubs) or _____. [IF NOT SCRUBS, DESCRIBE UNIFORM].

5.    I do not iron my scrubs/other uniform before coming to work and I have never been disciplined for not doing so.    / AGREE

6.    HFHS never told me that I had to iron my scrubs/other uniform.    / AGREE

7.    In addition: [CHECK ALL THAT APPLY]:

YES ✓    I wash and dry my scrubs/other uniform at home with my other clothes.

YES ✓    I remove my scrubs/other uniform from the drying machine before they become wrinkled.

YES ✓    (My spouse)/roommate/significant other/child/parent washes my scrubs/other uniform. [CIRCLE AND INITIAL ALL THAT APPLY]

NO    I use a laundry or dry cleaning service for my scrubs/other uniform.

NO    I receive my scrubs from the Scrubex service provided by HFHS.

**Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on:**

Date: _8/5/15_____

Name: [PRINT NAME]
_CURTIS A MARTIN_

2

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WHALEY,

     Plaintiff,

v

HENRY FORD HEALTH SYSTEM,

     Defendant.

Case No. 2:15-cv-12101
Hon.  David Lawson

---

Lance C. Young (P51254)
Neil B. Pioch (P67677)
SOMMERS SCHWARTZ, P.C.
Attorneys for Plaintiff
One Towne Square, 17th Floor
Southfield, MI 48076
(248) 335-0300

Brian Yaldou (P70600)
THE LAW OFFICE OF BRIAN
YALDOU
23000 Telegraph
Brownstown Twp., MI 48134
(734) 692-9200

Terrence J. Miglio (P30541)
Barbara E. Buchanan (P55084)
VARNUM LLP
Attorneys for Defendant
39500 High Pointe Blvd., Ste. 350
Novi, MI 48375
(248) 567-7400
tjmiglio@varnumlaw.com
bebuchanan@varnumlaw.com

---

## DECLARATION OF Chelsey Mousouleas

1.    My name is Chelsey Mousouleas

2.    I make this Declaration based on my personal knowledge.  If called as a witness, I can competently testify to the facts set forth in this Declaration.

3.     I am currently employed with Henry Ford Health System ("HFHS") as a _ER - Tech_ in the _ER_ at _Main Compus_. I have been employed with HFHS since _1year_.

4.     My work uniform is scrubs or _Scrubs_.

5.     I do not iron my scrubs/other uniform before coming to work and I have never been disciplined for not doing so.

6.     HFHS never told me that I had to iron my scrubs/other uniform.

7.     In addition:

__X__   I wash and dry my scrubs/other uniform at home with my other clothes.

____   I remove my scrubs/other uniform from the drying machine before they become wrinkled.

____   My spouse/roommate/significant other/child/parent washes my scrubs/other uniform.

____   I use a laundry or dry cleaning service for my scrubs/other uniform.

____   I receive my scrubs from the Scrubex service provided by HFHS.

**Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on:**

Date: _8 / 4 / 2015_

Name:

2

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WHALEY,

     Plaintiff,                 Case No. 2:15-cv-12101
                                 Hon.  David Lawson
v

HENRY FORD HEALTH SYSTEM,

     Defendant.

---

Lance C. Young (P51254)
Neil B. Pioch (P67677)
SOMMERS SCHWARTZ, P.C.
Attorneys for Plaintiff
One Towne Square, 17th Floor
Southfield, MI 48076
(248) 335-0300

Brian Yaldou (P70600)
THE LAW OFFICE OF BRIAN
YALDOU
23000 Telegraph
Brownstown Twp., MI 48134
(734) 692-9200

Terrence J. Miglio (P30541)
Barbara E. Buchanan (P55084)
VARNUM LLP
Attorneys for Defendant
39500 High Pointe Blvd., Ste. 350
Novi, MI 48375
(248) 567-7400
tjmiglio@varnumlaw.com
bebuchanan@varnumlaw.com

---

## DECLARATION OF _____

1.     My name is _PATRICIA   NEAGU_.

2.     I make this Declaration based on my personal knowledge.  If called as

a witness, I can competently testify to the facts set forth in this Declaration.

3.     I am currently employed with Henry Ford Health System ("HFHS") as

a _Mammographer_ in the _Breast Imaging_

at _NCO_ . I have been employed with HFHS since

_2012_ .

4.     My work uniform is scrubs or _scrubs_ .

5.     I do not iron my scrubs/other uniform before coming to work and I

have never been disciplined for not doing so. _Correct_

6.     HFHS never told me that I had to iron my scrubs/other uniform. _Correct_

7.     In addition:

_Yes_   I wash and dry my scrubs/other uniform at home with my other
clothes.

_Yes_   I remove my scrubs/other uniform from the drying machine
before they become wrinkled.

_No_   My spouse/roommate/significant other/child/parent washes my
scrubs/other uniform.

_No_   I use a laundry or dry cleaning service for my scrubs/other
uniform.

_No_   I receive my scrubs from the Scrubex service provided by
HFHS.

**Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the
foregoing is true and correct.  Executed on:**

Date: _8.4.2015_

Name: _PATRICIA   NEAGU_

2

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WHALEY,

      Plaintiff,

v

Case No. 2:15-cv-12101
Hon. David Lawson

HENRY FORD HEALTH SYSTEM,

      Defendant.

---

Lance C. Young (P51254)
Neil B. Pioch (P67677)
SOMMERS SCHWARTZ, P.C.
Attorneys for Plaintiff
One Towne Square, 17th Floor
Southfield, MI 48076
(248) 335-0300

Brian Yaldou (P70600)
THE LAW OFFICE OF BRIAN
YALDOU
23000 Telegraph
Brownstown Twp., MI 48134
(734) 692-9200

Terrence J. Miglio (P30541)
Barbara E. Buchanan (P55084)
VARNUM LLP
Attorneys for Defendant
39500 High Pointe Blvd., Ste. 350
Novi, MI 48375
(248) 567-7400
tjmiglio@varnumlaw.com
bebuchanan@varnumlaw.com

---

## DECLARATION OF  Angela Nicolaou

1.      My name is Angela Nicolaou.

2.      I make this Declaration based on my personal knowledge.  If called as

a witness, I can competently testify to the facts set forth in this Declaration.

3.      I am currently employed with Henry Ford Health System ("HFHS") as a Lead Vascular Ultrasound Technologist in the Vascular Lab at Henry Ford Hospital.  I have been employed with HFHS since 2002.

4.      My work uniform is scrubs.

5.      I do not iron my scrubs/other uniform before coming to work and I have never been disciplined for not doing so.

6.      HFHS never told me that I had to iron my scrubs/other uniform.

7.      In addition:

X      I wash and dry my scrubs/other uniform at home with my other clothes.

X      I remove my scrubs/other uniform from the drying machine before they become wrinkled.

____      My spouse/roommate/significant other/child/parent washes my scrubs/other uniform.

____      I use a laundry or dry cleaning service for my scrubs/other uniform.

____      I receive my scrubs from the Scrubex service provided by HFHS.

**Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on:**

Date:   8/4/2015

Name:  Angela Nicolaou

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WHALEY,

     Plaintiff,

v

                               Case No. 2:15-cv-12101
                               Hon.  David Lawson

HENRY FORD HEALTH SYSTEM,

     Defendant.

---

Lance C. Young (P51254)
Neil B. Pioch (P67677)
SOMMERS SCHWARTZ, P.C.
Attorneys for Plaintiff
One Towne Square, 17th Floor
Southfield, MI 48076
(248) 335-0300

Brian Yaldou (P70600)
THE LAW OFFICE OF BRIAN
YALDOU
23000 Telegraph
Brownstown Twp., MI 48134
(734) 692-9200

Terrence J. Miglio (P30541)
Barbara E. Buchanan (P55084)
VARNUM LLP
Attorneys for Defendant
39500 High Pointe Blvd., Ste. 350
Novi, MI 48375
(248) 567-7400
tjmiglio@varnumlaw.com
bebuchanan@varnumlaw.com

---

**DECLARATION OF** *Renae Rush*

1.    My name is *Renae Rush*.

2.    I make this Declaration based on my personal knowledge.  If called as

a witness, I can competently testify to the facts set forth in this Declaration.

3.    I am currently employed with Henry Ford Health System ("HFHS") as a _Patient Sitter_ in the _Clinical Resource Office_ at _HENRY Ford Main_ I have been employed with HFHS since _11/2002_.

4.    My work uniform is scrubs or _____.

5.    I do not iron my scrubs/other uniform before coming to work and I have never been disciplined for not doing so.

6.    HFHS never told me that I had to iron my scrubs/other uniform.

7.    In addition:

✓    I wash and dry my scrubs/other uniform at home with my other clothes. _I WASH my uniforms with uniforms only._

____    I remove my scrubs/other uniform from the drying machine before they become wrinkled.

____    My spouse/roommate/significant other/child/parent washes my scrubs/other uniform.

____    I use a laundry or dry cleaning service for my scrubs/other uniform.

____    I receive my scrubs from the Scrubex service provided by HFHS.

**Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on:**

Date: _8/4/15_

Name: _Ronae Rush_

2

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WHALEY,

     Plaintiff,                         Case No. 2:15-cv-12101

v                                    Hon.  David Lawson

HENRY FORD HEALTH SYSTEM,

     Defendant.

---

| | |
|---|---|
| Lance C. Young (P51254) | Terrence J. Miglio (P30541) |
| Neil B. Pioch (P67677) | Barbara E. Buchanan (P55084) |
| SOMMERS SCHWARTZ, P.C. | VARNUM LLP |
| Attorneys for Plaintiff | Attorneys for Defendant |
| One Towne Square, 17th Floor | 39500 High Pointe Blvd., Ste. 350 |
| Southfield, MI 48076 | Novi, MI 48375 |
| (248) 335-0300 | (248) 567-7400 |
| | tjmiglio@varnumlaw.com |
| Brian Yaldou (P70600) | bebuchanan@varnumlaw.com |
| THE LAW OFFICE OF BRIAN YALDOU | |
| 23000 Telegraph | |
| Brownstown Twp., MI 48134 | |
| (734) 692-9200 | |

---

### **DECLARATION OF** _____ **[INSERT NAME]**

1.     My name is _David Silver_ .**[INSERT NAME]**.

2.     I make this Declaration based on my personal knowledge.  If called as a witness, I can competently testify to the facts set forth in this Declaration.

3.     I am currently employed with Henry Ford Health System ("HFHS") as a _Radiographer_ **[INSERT JOB TITLE]** in the

_Radiology_____ [NAME OF DEPARTMENT/BUSINESS

UNIT] at ___HFH_____ [FACILITY NAME].    I have been

employed with HFHS since __1993___ [INSERT DATE OR YEAR].

    4.    My work uniform is ⓢcrubs or _yes_____.  [IF NOT

SCRUBS, DESCRIBE UNIFORM].

    5.    I do not iron my scrubs/other uniform before coming to work and I

have never been disciplined for not doing so.    _yes_

    6.    HFHS never told me that I had to iron my scrubs/other uniform.    _yes_

    7.    In addition: [CHECK ALL THAT APPLY]:

        _✓_    I wash and dry my scrubs/other uniform at home with my other
                clothes.

        _✓_    I remove my scrubs/other uniform from the drying machine
                before they become wrinkled.

        ____    My spouse/roommate/significant other/child/parent washes my
                scrubs/other uniform.  [CIRCLE AND INITIAL ALL THAT
                APPLY]

        _NO_    I use a laundry or dry cleaning service for my scrubs/other
                uniform.

        _No_    I receive my scrubs from the Scrubex service provided by
                HFHS.

**Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the
foregoing is true and correct.  Executed on:**

Date: _8/5/15_____    _____David Silver_____

                                  Name: [PRINT NAME]

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WHALEY,

     Plaintiff,

v

HENRY FORD HEALTH SYSTEM,

     Defendant.

Case No. 2:15-cv-12101
Hon. David Lawson

---

Lance C. Young (P51254)
Neil B. Pioch (P67677)
SOMMERS SCHWARTZ, P.C.
Attorneys for Plaintiff
One Towne Square, 17th Floor
Southfield, MI 48076
(248) 335-0300

Brian Yaldou (P70600)
THE LAW OFFICE OF BRIAN
YALDOU
23000 Telegraph
Brownstown Twp., MI 48134
(734) 692-9200

Terrence J. Miglio (P30541)
Barbara E. Buchanan (P55084)
VARNUM LLP
Attorneys for Defendant
39500 High Pointe Blvd., Ste. 350
Novi, MI 48375
(248) 567-7400
tjmiglio@varnumlaw.com
bebuchanan@varnumlaw.com

---

## DECLARATION OF _____

1.    My name is _Christa Smith_____.

2.    I make this Declaration based on my personal knowledge. If called as a witness, I can competently testify to the facts set forth in this Declaration.

3.    I am currently employed with Henry Ford Health System ("HFHS") as a _Medical Assistant_ in the _Family Practice Department_ at _Hamtramck_. I have been employed with HFHS since _2000_.

4.    My work uniform is scrubs or _____.

5.    I do not iron my scrubs/other uniform before coming to work and I have never been disciplined for not doing so.

6.    HFHS never told me that I had to iron my scrubs/other uniform.

7.    In addition:

   X   I wash and dry my scrubs/other uniform at home with my other clothes.

   ___   I remove my scrubs/other uniform from the drying machine before they become wrinkled.

   ___   My spouse/roommate/significant other/child/parent washes my scrubs/other uniform.

   ___   I use a laundry or dry cleaning service for my scrubs/other uniform.

   ___   I receive my scrubs from the Scrubex service provided by HFHS.

**Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on:**

Date: _8|4| 2015_

Name: _____

2

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WHALEY,

     Plaintiff,                       Case No. 2:15-cv-12101

v                                    Hon.  David Lawson

HENRY FORD HEALTH SYSTEM,

     Defendant.

---

| | |
|---|---|
| Lance C. Young (P51254) | Terrence J. Miglio (P30541) |
| Neil B. Pioch (P67677) | Barbara E. Buchanan (P55084) |
| SOMMERS SCHWARTZ, P.C. | VARNUM LLP |
| Attorneys for Plaintiff | Attorneys for Defendant |
| One Towne Square, 17th Floor | 39500 High Pointe Blvd., Ste. 350 |
| Southfield, MI 48076 | Novi, MI 48375 |
| (248) 335-0300 | (248) 567-7400 |
| | tjmiglio@varnumlaw.com |
| Brian Yaldou (P70600) | bebuchanan@varnumlaw.com |
| THE LAW OFFICE OF BRIAN YALDOU | |
| 23000 Telegraph | |
| Brownstown Twp., MI 48134 | |
| (734) 692-9200 | |

---

## DECLARATION OF

1.    My name is _Kimberly Steenbergh_

2.    I make this Declaration based on my personal knowledge.  If called as a witness, I can competently testify to the facts set forth in this Declaration.

3.    I am currently employed with Henry Ford Health System ("HFHS") as a _Medical assistant_ in the _family medicine dept_ at _HFH E. Jefferson_.  I have been employed with HFHS since _1994_.

4.    My work uniform is scrubs or _____.

5.    I do not iron my scrubs/other uniform before coming to work and I have never been disciplined for not doing so.

6.    HFHS never told me that I had to iron my scrubs/other uniform.

7.    In addition:

✓    I wash and dry my scrubs/other uniform at home with my other clothes.

✓    I remove my scrubs/other uniform from the drying machine before they become wrinkled.

✓    My spouse/roommate/significant other/child/parent washes my scrubs/other uniform.

___    I use a laundry or dry cleaning service for my scrubs/other uniform.

___    I receive my scrubs from the Scrubex service provided by HFHS.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on:

Date: _8-4-15_

Name: _____

2

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WHALEY,

     Plaintiff,                         Case No. 2:15-cv-12101

v                                        Hon.  David Lawson

HENRY FORD HEALTH SYSTEM,

     Defendant.

---

Lance C. Young (P51254)
Neil B. Pioch (P67677)
SOMMERS SCHWARTZ, P.C.
Attorneys for Plaintiff
One Towne Square, 17th Floor
Southfield, MI 48076
(248) 335-0300

Brian Yaldou (P70600)
THE LAW OFFICE OF BRIAN
YALDOU
23000 Telegraph
Brownstown Twp., MI 48134
(734) 692-9200

Terrence J. Miglio (P30541)
Barbara E. Buchanan (P55084)
VARNUM LLP
Attorneys for Defendant
39500 High Pointe Blvd., Ste. 350
Novi, MI 48375
(248) 567-7400
tjmiglio@varnumlaw.com
bebuchanan@varnumlaw.com

---

**DECLARATION OF** _____ **[INSERT NAME]**

1.     My name is _Svetlana Tenenboym_ .**[INSERT NAME]**.

2.     I make this Declaration based on my personal knowledge.  If called as a witness, I can competently testify to the facts set forth in this Declaration.

3.     I am currently employed with Henry Ford Health System ("HFHS") as a _Ultrasound tech_ **[INSERT JOB TITLE]** in the

_Radiology_____   [NAME OF DEPARTMENT/BUSINESS UNIT] at _____HFH_____   [FACILITY NAME].   I have been employed with HFHS since ___2005___ [INSERT DATE OR YEAR].

4.   My work uniform is (scrubs) or _____.   [IF NOT SCRUBS, DESCRIBE UNIFORM].

5.   I do not iron my scrubs/other uniform before coming to work and I have never been disciplined for not doing so.   _Agree_

6.   HFHS never told me that I had to iron my scrubs/other uniform.   _Agree_

7.   In addition: [CHECK ALL THAT APPLY]:

    ✓  I wash and dry my scrubs/other uniform at home with my other clothes.

    ✓  I remove my scrubs/other uniform from the drying machine before they become wrinkled.

    ___  My spouse/roommate/significant other/child/parent washes my scrubs/other uniform.   [CIRCLE AND INITIAL ALL THAT APPLY]

    ___  I use a laundry or dry cleaning service for my scrubs/other uniform.

    ___  I receive my scrubs from the Scrubex service provided by HFHS.

**Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.   Executed on:**

Date: ___8/5/15_____          ____Svetlana TENENBOYM____
                                       Name: [PRINT NAME]

2