# EXHIBIT 10

## Index of Supervisor Declarations

|     | Supervisor Name | Title | Department | Campus |
|-----|-----------------|-------|------------|--------|
| 1.  | Baillod, David | Director | Clinical Resource | Main |
| 2.  | Britz, Stephen Paul Jr. | Nurse Manager | Family Medicine | Hamtramck and East Jefferson |
| 3.  | Carrington, Mercedes | Supervisor | Radiology-Generals Division | Main |
| 4.  | Gunn, Valerie | Group Practice Director | Vascular Surgery/Lab | Main |
| 5.  | Kasenow, Marianne | Director | Cardio Vascular ICU | Main |
| 6.  | Lavery, W. Mark | Nurse Manager | B2/B6 Internal Medicine | Main |
| 7.  | Paraschiv-Buican, Maria | Nurse Manager | H5 Cardiology | Main |
| 8.  | Pulcini, Anthony | Nurse Manager | B1 Internal Medicine | Main |
| 9.  | Smith, Shirley | Resp. Therapist | Respiratory | Main |
| 10. | Thompson, Yolanda | Unit Director, RN | Surgical ICU | Main |
| 11. | Tremino, Rosemarie | Nurse Manager | Emergency | Main |

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WHALEY,

      Plaintiff,

v

HENRY FORD HEALTH SYSTEM,

      Defendant.

Case No. 2:15-cv-12101
Hon.  David Lawson

---

Lance C. Young (P51254)
Neil B. Pioch (P67677)
SOMMERS SCHWARTZ, P.C.
Attorneys for Plaintiff
One Towne Square, 17th Floor
Southfield, MI 48076
(248) 335-0300

BRIAN YALDOU (P70600)
THE LAW OFFICE OF BRIAN
YALDOU
23000 Telegraph
Brownstown Twp., MI 48134
(734) 692-9200

Terrence J. Miglio (P30541)
Barbara E. Buchanan (P55084)
VARNUM LLP
Attorneys for Defendant
39500 High Pointe Blvd., Ste. 350
Novi, MI 48375
(248) 567-7400
tjmiglio@varnumlaw.com
bebuchanan@varnumlaw.com

---

## **DECLARATION OF** _____

1.    My name is _Davis  Baillot_ .

2.    I make this Declaration based on my personal knowledge.  If called as
a witness, I can competently testify to the facts set forth in this Declaration.

3.    I am currently employed with Henry Ford Health System ("HFHS") as a _Director_ in the _Clinical Resource Dept_ at _HF Hospital_. I have been employed with HFHS since _1990_.

4.    My work uniform consists of ~~scrubs~~ or _Street Clothes_.

5.    I do not iron my scrubs/other uniform before coming to work and I have never been disciplined for not doing so.

6.    The employees who report to me in my department do not iron their scrubs/other uniform.

7.    I have not directed any employees who report to me to iron their scrubs/other uniform.

8.    I have not disciplined any employees who report to me for not ironing their scrubs/other uniform.

9.    HFHS has never told me that I had to iron my scrubs/other uniform.

10.   In addition:

    _X_    I wash and dry my ~~scrubs/other~~ uniform at home with my other clothes.

    ___    I remove my scrubs/other uniform from the drying machine before they become wrinkled.

    ___    My spouse/roommate/significant other/child/parent washes my scrubs/other uniform.

2

_____ I use a laundry or dry cleaning service for my scrubs/other uniform.

_____ I receive my scrubs from the Scrubex service provided by HFHS.

**Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on:**

Date: _____          _____8 - 4 - 2015_____
                                          Name:

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WHALEY,

     Plaintiff,                            Case No. 2:15-cv-12101

v                                      Hon.  David Lawson

HENRY FORD HEALTH SYSTEM,

     Defendant.

---

| | |
|---|---|
| Lance C. Young (P51254) | Terrence J. Miglio (P30541) |
| Neil B. Pioch (P67677) | Barbara E. Buchanan (P55084) |
| SOMMERS SCHWARTZ, P.C. | VARNUM LLP |
| Attorneys for Plaintiff | Attorneys for Defendant |
| One Towne Square, 17th Floor | 39500 High Pointe Blvd., Ste. 350 |
| Southfield, MI 48076 | Novi, MI 48375 |
| (248) 335-0300 | (248) 567-7400 |
| | tjmiglio@varnumlaw.com |
| BRIAN YALDOU (P70600) | bebuchanan@varnumlaw.com |
| THE LAW OFFICE OF BRIAN YALDOU | |
| 23000 Telegraph | |
| Brownstown Twp., MI 48134 | |
| (734) 692-9200 | |

---

## DECLARATION OF

1.     My name is Stephen Paul Britz Sr

2.     I make this Declaration based on my personal knowledge.  If called as

a witness, I can competently testify to the facts set forth in this Declaration.

3.    I am currently employed with Henry Ford Health System ("HFHS") as a _Nurse Manager_ in the _Family Medicine Department_ at _Hamtramck and East Jefferson_. I have been employed with HFHS since _2012_.

4.    My work uniform consists of scrubs or _Business Attire_.

5.    I do not iron my scrubs/other uniform before coming to work and I have never been disciplined for not doing so.

6.    The employees who report to me in my department do not iron their scrubs/other uniform.

7.    I have not directed any employees who report to me to iron their scrubs/other uniform.

8.    I have not disciplined any employees who report to me for not ironing their scrubs/other uniform.

9.    HFHS has never told me that I had to iron my scrubs/other uniform.

10.   In addition:

   ✓  I wash and dry my scrubs/other uniform at home with my other clothes.

   ✓  I remove my scrubs/other uniform from the drying machine before they become wrinkled.

   ___  My spouse/roommate/significant other/child/parent washes my scrubs/other uniform.

2

_____   I use a laundry or dry cleaning service for my scrubs/other uniform.

_____   I receive my scrubs from the Scrubex service provided by HFHS.

**Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on:**

Date: ___8|4|2015___                    _Stephen Paul Brith_
                                        Name:

3

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WHALEY,

      Plaintiff,

v

                              Case No. 2:15-cv-12101
                              Hon.  David Lawson

HENRY FORD HEALTH SYSTEM,

      Defendant.

---

Lance C. Young (P51254)
Neil B. Pioch (P67677)
SOMMERS SCHWARTZ, P.C.
Attorneys for Plaintiff
One Towne Square, 17th Floor
Southfield, MI 48076
(248) 335-0300

BRIAN YALDOU (P70600)
THE LAW OFFICE OF BRIAN
YALDOU
23000 Telegraph
Brownstown Twp., MI 48134
(734) 692-9200

Terrence J. Miglio (P30541)
Barbara E. Buchanan (P55084)
VARNUM LLP
Attorneys for Defendant
39500 High Pointe Blvd., Ste. 350
Novi, MI 48375
(248) 567-7400
tjmiglio@varnumlaw.com
bebuchanan@varnumlaw.com

---

## DECLARATION OF _____

1.     My name is _MERCEDES CARRington_

2.     I make this Declaration based on my personal knowledge.  If called as a witness, I can competently testify to the facts set forth in this Declaration.

3.    I am currently employed with Henry Ford Health System ("HFHS") as a _Supervison_ in the _RADiology - Generals Division_ at _Henry Ford Hosp Main Campus_. I have been employed with HFHS since _1991_.

4.    My work uniform consists of scrubs or _Yes- Navy Blue_

5.    I do not iron my scrubs/other uniform before coming to work and I have never been disciplined for not doing so.  _CoRRect_

6.    The employees who report to me in my department do not iron their scrubs/other uniform.  _CoRRect_

7.    I have not directed any employees who report to me to iron their scrubs/other uniform.  _CoRRect_

8.    I have not disciplined any employees who report to me for not ironing their scrubs/other uniform.  _CoRRect_

9.    HFHS has never told me that I had to iron my scrubs/other uniform.  _CoRRect_

10.    In addition:

    ✓    I wash and dry my scrubs/other uniform at home with my other clothes.

    ✓    I remove my scrubs/other uniform from the drying machine before they become wrinkled.

    N/A    My spouse/roommate/significant other/child/parent washes my scrubs/other uniform.

2

N/A    I use a laundry or dry cleaning service for my scrubs/other uniform.

N/A    I receive my scrubs from the Scrubex service provided by HFHS.

**Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on:**

Date: _8 - 3 - 15_____          _Mercedes Caughen_____
                                    Name:

3

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WHALEY,

       Plaintiff,        Case No. 2:15-cv-12101

v            Hon.  David Lawson

HENRY FORD HEALTH SYSTEM,

       Defendant.

---

Lance C. Young (P51254)    Terrence J. Miglio (P30541)
Neil B. Pioch (P67677)     Barbara E. Buchanan (P55084)
SOMMERS SCHWARTZ, P.C.  VARNUM LLP
Attorneys for Plaintiff     Attorneys for Defendant
One Towne Square, 17th Floor  39500 High Pointe Blvd., Ste. 350
Southfield, MI 48076     Novi, MI 48375
(248) 335-0300      (248) 567-7400
            tjmiglio@varnumlaw.com
BRIAN YALDOU (P70600)  bebuchanan@varnumlaw.com
THE  LAW  OFFICE  OF  BRIAN
YALDOU
23000 Telegraph
Brownstown Twp., MI 48134
(734) 692-9200

---

## DECLARATION OF VALERIE GUNN

1. My name is _VALERIE GUNN_____.

2. I make this Declaration based on my personal knowledge.  If called as

a witness, I can competently testify to the facts set forth in this Declaration.

3.      I am currently employed with Henry Ford Health System ("HFHS") as a __Group Practice Director in the __Vascular Surgery/Lab__ at _Henry Ford Hospital_.      I    have    been    employed    with    HFHS    since    _October 2011_____.

4.      My    work    uniform    consists    of    scrubs    or    __Casual    professional attire_____.

5.      I do not iron my scrubs/other uniform before coming to work and I have never been disciplined for not doing so.

6.      The employees who report to me in my department do not iron their scrubs/other uniform.

7.      I have not directed any employees who report to me to iron their scrubs/other uniform.

8.      I have not disciplined any employees who report to me for not ironing their scrubs/other uniform.

9.      HFHS has never told me that I had to iron my scrubs/other uniform.

10.     In addition:

  _X    I wash and dry my scrubs/other uniform at home with my other clothes.

  ____ I remove my scrubs/other uniform from the drying machine before they become wrinkled.

  ____ My spouse/roommate/significant other/child/parent washes my scrubs/other uniform.

2

_____ I use a laundry or dry cleaning service for my scrubs/other uniform.

_____ I receive my scrubs from the Scrubex service provided by HFHS.

**Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on:**

Date: ___8/4/15_____

Name:

3

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WHALEY,

     Plaintiff,                                     Case No. 2:15-cv-12101

v                                                                 Hon.  David Lawson

HENRY FORD HEALTH SYSTEM,

     Defendant.

---

Lance C. Young (P51254)  
Neil B. Pioch (P67677)  
SOMMERS SCHWARTZ, P.C.  
Attorneys for Plaintiff  
One Towne Square, 17th Floor  
Southfield, MI 48076  
(248) 335-0300  

Brian Yaldou (P70600)  
THE LAW OFFICE OF BRIAN YALDOU  
23000 Telegraph  
Brownstown Twp., MI 48134  
(734) 692-9200  

Terrence J. Miglio (P30541)  
Barbara E. Buchanan (P55084)  
VARNUM LLP  
Attorneys for Defendant  
39500 High Pointe Blvd., Ste. 350  
Novi, MI 48375  
(248) 567-7400  
tjmiglio@varnumlaw.com  
bebuchanan@varnumlaw.com  

---

## **DECLARATION OF** Marianne Kasenow

1.    My name is Marianne Kasenow .

2.    I make this Declaration based on my personal knowledge.  If called as

a witness, I can competently testify to the facts set forth in this Declaration.

3.    I am currently employed with Henry Ford Health System ("HFHS") as

a _Director_____ in the _CVICU_____

at _HFHS Main Campus_.  I have been employed with HFHS since

_1985_____.

4.    My work uniform consists of (scrubs) or _and Business casual a few times a month._

5.    I do not iron my scrubs/other uniform before coming to work and I have never been disciplined for not doing so.

6.    The employees who report to me in my department do not iron their scrubs/other uniform.

7.    I have not directed any employees who report to me to iron their scrubs/other uniform.

8.    I have not disciplined any employees who report to me for not ironing their scrubs/other uniform.

9.    HFHS has never told me that I had to iron my scrubs/other uniform.

10.    In addition:

✓    I wash and dry my scrubs/other uniform at home with my other clothes.

✓    I remove my scrubs/other uniform from the drying machine before they become wrinkled.

____    My spouse/roommate/significant other/child/parent washes my scrubs/other uniform.

___   I use a laundry or dry cleaning service for my scrubs/other uniform.

___   I receive my scrubs from the Scrubex service provided by HFHS.

**Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on:**

Date: _8/4/15_____

_Marianne Kasarow_
Name:

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WHALEY,

     Plaintiff,                      Case No. 2:15-cv-12101

v                                    Hon.  David Lawson

HENRY FORD HEALTH SYSTEM,

     Defendant.

---

| | |
|---|---|
| LANCE C. YOUNG (P51254)<br>NEIL B. PIOCH (P67677)<br>SOMMERS SCHWARTZ, P.C.<br>Attorneys for Plaintiff<br>One Towne Square, 17th Floor<br>Southfield, MI 48076<br>(248) 335-0300<br><br>BRIAN YALDOU (P70600)<br>THE LAW OFFICE OF BRIAN YALDOU<br>23000 Telegraph<br>Brownstown Twp., MI 48134<br>(734) 692-9200 | TERRENCE J. MIGLIO (P30541)<br>BARBARA E. BUCHANAN (P55084)<br>VARNUM LLP<br>Attorneys for Defendant<br>39500 High Pointe Blvd., Ste. 350<br>Novi, MI 48375<br>(248) 567-7400<br>tjmiglio@varnumlaw.com<br>bebuchanan@varnumlaw.com |

---

## **DECLARATION OF [INSERT SUPERVISOR NAME]**

1.     My name is [INSERT NAME].   *Mark Lavery*

2.     I make this Declaration based on my personal knowledge.  If called as a witness, I can competently testify to the facts set forth in this Declaration.

3.     I am currently employed with Henry Ford Health System ("HFHS") as

a   [INSERT   SUPERVISOR   JOB   TITLE]   in   the   [NAME   OF
*NURSE MANAGER*

DEPARTMENT/BUSINESS   UNIT] at [FACILITY   NAME].   I have been
*B2/B6 MEDICINE GPU*                    *HENRY FORD HOSPITAL.*

employed with HFHS since [INSERT DATE OR YEAR].
*11/1993*

4.     My work uniform consists of scrubs [IF NOT SCRUBS, DESCRIBE

UNIFORM].   *or business dress*

5.     I do not iron my scrubs [OR INSERT NAME OF OTHER UNIFORM

WORN] before coming to work and I have never been disciplined for not ironing

my scrubs.

6.     The employees who report to me in my department do not iron their

scrubs [OR INSERT NAME OF OTHER UNIFORM WORN].

7.     I have not directed any employees who report to me to iron their

scrubs [OR INSERT NAME OF OTHER UNIFORM WORN].

8.     I have not disciplined any employees who report to me for not ironing

their scrubs [OR INSERT NAME OF OTHER UNIFORM WORN].

9.     HFHS never told me that I had to iron my scrubs [OR INSERT

NAME OF OTHER UNIFORM WORN].

10.     Additional possible statements (use all which apply):

•   I launder my scrubs/other uniform at home with my other
clothes.

- I receive my scrubs from the Scrubex service provided by HFHS. *NA*

- I am not aware of other HFHS employee who iron their scrubs. *NA*.

**Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on:**

W. MARK LAVERY

Date: _8/5/2015_

W. Mark Lavery

[INSERT TYPED NAME]

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WHALEY,

     Plaintiff,

v

HENRY FORD HEALTH SYSTEM,

     Defendant.

Case No. 2:15-cv-12101
Hon. David Lawson

---

Lance C. Young (P51254)
Neil B. Pioch (P67677)
SOMMERS SCHWARTZ, P.C.
Attorneys for Plaintiff
One Towne Square, 17th Floor
Southfield, MI 48076
(248) 335-0300

BRIAN YALDOU (P70600)
THE LAW OFFICE OF BRIAN
YALDOU
23000 Telegraph
Brownstown Twp., MI 48134
(734) 692-9200

Terrence J. Miglio (P30541)
Barbara E. Buchanan (P55084)
VARNUM LLP
Attorneys for Defendant
39500 High Pointe Blvd., Ste. 350
Novi, MI 48375
(248) 567-7400
tjmiglio@varnumlaw.com
bebuchanan@varnumlaw.com

---

## DECLARATION OF _____

1.     My name is _MARIA PARASCHIV-BUICAN_

2.     I make this Declaration based on my personal knowledge. If called as

a witness, I can competently testify to the facts set forth in this Declaration.

3.     I am currently employed with Henry Ford Health System ("HFHS") as

a _NURSE MANAGER_ in the _H5 CARDIOLOGY_

at _HENRY FORD HOSPITAL_. I have been employed with HFHS since

_10/2002_.

4.     My work uniform consists of scrubs or _____.

5.     I do not iron my scrubs/other uniform before coming to work and I have never been disciplined for not doing so.

6.     The employees who report to me in my department do not iron their scrubs/other uniform.

7.     I have not directed any employees who report to me to iron their scrubs/other uniform.

8.     I have not disciplined any employees who report to me for not ironing their scrubs/other uniform.

9.     HFHS has never told me that I had to iron my scrubs/other uniform.

10.    In addition:



____ X     I wash and dry my scrubs/other uniform at home with my other clothes.

____ X     I remove my scrubs/other uniform from the drying machine before they become wrinkled.

____ X     My spouse/roommate/significant other/child/parent washes my scrubs/other uniform.

2

_____   I use a laundry or dry cleaning service for my scrubs/other uniform.

_____   I receive my scrubs from the Scrubex service provided by HFHS.

**Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on:**

Date: _8/4/15_____

_Maria Paraschiv Buican_,
Name:

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WHALEY,

     Plaintiff,

v

HENRY FORD HEALTH SYSTEM,

     Defendant.

Case No. 2:15-cv-12101
Hon.  David Lawson

---

| | |
|---|---|
| Lance C. Young (P51254) | Terrence J. Miglio (P30541) |
| Neil B. Pioch (P67677) | Barbara E. Buchanan (P55084) |
| SOMMERS SCHWARTZ, P.C. | VARNUM LLP |
| Attorneys for Plaintiff | Attorneys for Defendant |
| One Towne Square, 17th Floor | 39500 High Pointe Blvd., Ste. 350 |
| Southfield, MI 48076 | Novi, MI 48375 |
| (248) 335-0300 | (248) 567-7400 |
| | tjmiglio@varnumlaw.com |
| BRIAN YALDOU (P70600) | bebuchanan@varnumlaw.com |
| THE LAW OFFICE OF BRIAN YALDOU | |
| 23000 Telegraph | |
| Brownstown Twp., MI 48134 | |
| (734) 692-9200 | |

---

**DECLARATION OF** _Anthony Pulcini, RN_ **[INSERT SUPERVISOR NAME]**

1.    My name is _Anthony Pulcini_ [INSERT NAME].

2.    I make this Declaration based on my personal knowledge.  If called as a witness, I can competently testify to the facts set forth in this Declaration.

3.    I am currently employed with Henry Ford Health System ("HFHS") as

a _Nurse Manager_____ [INSERT SUPERVISOR JOB TITLE] in the

_B1-Internal Medicine/HFH_____ [NAME OF DEPARTMENT/BUSINESS

UNIT] at _Henry Ford Hospital_ [FACILITY NAME].  I have been employed

with HFHS since _July 2005_____ [INSERT DATE OR YEAR].

4.    My  work  uniform  consists  of _scrubs_  or _business_____

_attire_____.  [IF NOT SCRUBS, DESCRIBE UNIFORM].

5.    I do not iron my scrubs/other uniform before coming to work and I
have never been disciplined for not doing so.

6.    The employees who report to me in my department do not iron their
scrubs/other uniform.

7.    I have not directed any employees who report to me to iron their
scrubs/other uniform.

8.    I have not disciplined any employees who report to me for not ironing
their scrubs/other uniform.

9.    HFHS has never told me that I had to iron my scrubs/other uniform.

10.    In addition: [CHECK ALL THAT APPLY]:

   √    I wash and dry my scrubs/other uniform at home with my other
        clothes.

   √    I remove my scrubs/other uniform from the drying machine
        before they become wrinkled.

2

✓   (My spouse)/roommate/significant other/child/parent washes my scrubs/other uniform.   [CIRCLE AND INITIAL ALL THAT APPLY]

____   I use a laundry or dry cleaning service for my scrubs/other uniform.

____   I receive my scrubs from the Scrubex service provided by HFHS.

**Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on:**

Date: 8-4-15 _____

_Anatner Pulini,_ NM B1&F2

Name: [INSERT NAME]

3

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WHALEY,

     Plaintiff,

v

HENRY FORD HEALTH SYSTEM,

     Defendant.

Case No. 2:15-cv-12101
Hon. David Lawson

---

Lance C. Young (P51254)
Neil B. Pioch (P67677)
SOMMERS SCHWARTZ, P.C.
Attorneys for Plaintiff
One Towne Square, 17th Floor
Southfield, MI 48076
(248) 335-0300

BRIAN YALDOU (P70600)
THE LAW OFFICE OF BRIAN
YALDOU
23000 Telegraph
Brownstown Twp., MI 48134
(734) 692-9200

Terrence J. Miglio (P30541)
Barbara E. Buchanan (P55084)
VARNUM LLP
Attorneys for Defendant
39500 High Pointe Blvd., Ste. 350
Novi, MI 48375
(248) 567-7400
tjmiglio@varnumlaw.com
bebuchanan@varnumlaw.com

---

## DECLARATION OF _____

1.    My name is _Shirley Smith_

2.    I make this Declaration based on my personal knowledge.  If called as

a witness, I can competently testify to the facts set forth in this Declaration.

3.    I am currently employed with Henry Ford Health System ("HFHS") as a _Respiratory Therapist_ in the _Respiratory Department_ at _Henry Ford Hospital_. I have been employed with HFHS since _1990_.

4.    My work uniform consists of scrubs ☒ _____.

5.    I do not iron my scrubs/other uniform before coming to work and I have never been disciplined for not doing so.

6.    The employees who report to me in my department do not iron their scrubs/other uniform.

7.    I have not directed any employees who report to me to iron their scrubs/other uniform.

8.    I have not disciplined any employees who report to me for not ironing their scrubs/other uniform.

9.    HFHS has never told me that I had to iron my scrubs/other uniform.

10.    In addition:

☒    I wash and dry my scrubs/other uniform at home with my other clothes.

___    I remove my scrubs/other uniform from the drying machine before they become wrinkled.

___    My spouse/roommate/significant other/child/parent washes my scrubs/other uniform.

2

_____ I use a laundry or dry cleaning service for my scrubs/other uniform.

_____ I receive my scrubs from the Scrubex service provided by HFHS.

**Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on:**

Date: _8·3·15_

Name: _____

3

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WHALEY,

      Plaintiff,

v

HENRY FORD HEALTH SYSTEM,

      Defendant.

Case No. 2:15-cv-12101
Hon. David Lawson

---

| | |
|---|---|
| Lance C. Young (P51254)<br>Neil B. Pioch (P67677)<br>SOMMERS SCHWARTZ, P.C.<br>Attorneys for Plaintiff<br>One Towne Square, 17th Floor<br>Southfield, MI 48076<br>(248) 335-0300 | Terrence J. Miglio (P30541)<br>Barbara E. Buchanan (P55084)<br>VARNUM LLP<br>Attorneys for Defendant<br>39500 High Pointe Blvd., Ste. 350<br>Novi, MI 48375<br>(248) 567-7400<br>tjmiglio@varnumlaw.com<br>bebuchanan@varnumlaw.com |
| Brian Yaldou (P70600)<br>THE LAW OFFICE OF BRIAN<br>YALDOU<br>23000 Telegraph<br>Brownstown Twp., MI 48134<br>(734) 692-9200 | |

---

**DECLARATION OF** _Yolanda Thompson_

1.     My name is _Yolanda Thompson_.

2.     I make this Declaration based on my personal knowledge.  If called as

a witness, I can competently testify to the facts set forth in this Declaration.

3.     I am currently employed with Henry Ford Health System ("HFHS") as
a _registered Nurse_      Unit Director,   in the _Surgical Intensive care unit_
at _Henry Ford Hospital_ .  I have been employed with HFHS since
_7 | 1998_      .

4.     My work uniform consists of scrubs or _Casual | business_ .

5.     I do not iron my scrubs/other uniform before coming to work and I
have never been disciplined for not doing so.

6.     The employees who report to me in my department do not iron their
scrubs/other uniform.

7.     I have not directed any employees who report to me to iron their
scrubs/other uniform.

8.     I have not disciplined any employees who report to me for not ironing
their scrubs/other uniform.

9.     HFHS has never told me that I had to iron my scrubs/other uniform.

10.    In addition:

✓     I wash and dry my scrubs/other uniform at home with my other
clothes.

✓     I remove my scrubs/other uniform from the drying machine
before they become wrinkled.

____   My spouse/roommate/significant other/child/parent washes my
scrubs/other uniform.

_____ I use a laundry or dry cleaning service for my scrubs/other uniform.

_____ I receive my scrubs from the Scrubex service provided by HFHS.

**Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on:**

Date: ___8 | 4 | 15___                    _____
                                          Name:

3

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WHALEY,

     Plaintiff,

v

     Case No. 2:15-cv-12101
     Hon.  David Lawson

HENRY FORD HEALTH SYSTEM,

     Defendant.

---

Lance C. Young (P51254)
Neil B. Pioch (P67677)
SOMMERS SCHWARTZ, P.C.
Attorneys for Plaintiff
One Towne Square, 17th Floor
Southfield, MI 48076
(248) 335-0300

BRIAN YALDOU (P70600)
THE LAW OFFICE OF BRIAN
YALDOU
23000 Telegraph
Brownstown Twp., MI 48134
(734) 692-9200

Terrence J. Miglio (P30541)
Barbara E. Buchanan (P55084)
VARNUM LLP
Attorneys for Defendant
39500 High Pointe Blvd., Ste. 350
Novi, MI 48375
(248) 567-7400
tjmiglio@varnumlaw.com
bebuchanan@varnumlaw.com

---

## **DECLARATION OF Rosemarie Tremino**

1.    My name is *Rosemarie Tremino*

2.    I make this Declaration based on my personal knowledge.  If called as

a witness, I can competently testify to the facts set forth in this Declaration.

3.     I am currently employed with Henry Ford Health System ("HFHS") as

a __Nurse Manager__ in the __Emergency Department__

at __Henry Ford Hospital__ . I have been employed with HFHS since

__Aug 1999__ .

4.     My work uniform consists of scrubs or __Scrubs__ .

5.     I do not iron my scrubs/other uniform before coming to work and I have never been disciplined for not doing so.

6.     The employees who report to me in my department do not iron their scrubs/other uniform.

7.     I have not directed any employees who report to me to iron their scrubs/other uniform.

8.     I have not disciplined any employees who report to me for not ironing their scrubs/other uniform.

9.     HFHS has never told me that I had to iron my scrubs/other uniform.

10.    In addition:

   ✓   I wash and dry my scrubs/other uniform at home with my other clothes.

   ✓   I remove my scrubs/other uniform from the drying machine before they become wrinkled.

   ___   My spouse/roommate/significant other/child/parent washes my scrubs/other uniform.

2

_____ I use a laundry or dry cleaning service for my scrubs/other uniform.

_____ I receive my scrubs from the Scrubex service provided by HFHS.

**Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on:**

Date: _August 4, 2015_

Name: _Rosemarie Gremino_

3