# EXHIBIT 13

**Sommers Schwartz, PC**
June 8 ·

Full-time hourly employees may be owed unpaid overtime for complying with HFHS's Professional Appearance Standards policy...http://ow.ly/O1ZCS



### Certain Henry Ford Health System Employees May Be Entitled to Additional...

Henry Ford Health System's Professional Appearance Standards Policy may violate the federal Fair Labor Standards Act. Read more.

SOMMERSPC.COM | BY NEIL B. PIOCH

Like      Comment      Share

9 people like this.

13 shares

 Write a comment...

FREE CONSULTATION | 877.852.3119 | EMAIL US
248.236.5753 (LOCAL)

HOME   ABOUT   ATTORNEYS   PRACTICE AREAS   ACCOMPLISHMENTS   RESOURCES   CONTACT
BLOG

# Certain Henry Ford Health System Employees May Be Entitled to Additional Pay

June 8, 2015 by Neil B. Pioch



Detroit-based Henry Ford Health System enforces a Professional Appearance Standards Policy that requ… employees to report for work in "clean," "neat," and "pressed" uniforms. For most hourly health-care work… working two to three extra hours per week, at home, washing and ironing scrubs – without wage and ove… compensation.

These sorts of "uniform maintenance" policies have come under scrutiny lately and are the subject of a n… Labor Standards Act lawsuits pending around the United States.

If you or a friend or family member worked for Henry Ford Health System anytime in the last three years,… to talk to you. Please contact Neil Pioch of the Sommers Schwartz law firm at (248) 746-4056 or npioch@sommerspc.com.

The relevant jobs include all full-time hourly positions with direct patient care responsibilities, including: A… Technician, Cardiac Technician, CAT Scan Technologist, Nurse (LPN, RN, etc.), Nurse's Aide (CGNA, C… STNA, etc.), Hospitality Aide, Interventional Technologist, LPN, Mammographer, Medical Assistant, MRI… Physical Therapist, Respiratory Technician, Restorative Aide, and Ultrasound Technologist.



Categories: Class Action, Employment

**About Neil B. Pioch**

Neil B. Pioch concentrates his practice in the areas of wage and hour violations and consumer protection cases i… of contract, breach of warranty and deceptive sales practices.

View all posts by Neil B. Pioch →

### RECENT POSTS

Hertz Accused of Conducting Illegal Employment Background Checks

Truck Drivers Across the U.S. Are Crying Foul Over Unpaid Wages and Overtime

What Causes Prenatal Misdiagnosis?

## CATEGORIES

Birth Injury (9)

Class Action (154)

Commercial Law & Intellectual Property (23)

Employment (153)

Firm News (10)

Medical Malpractice (67)

Personal Injury (66)

Uncategorized (4)

## CONNECT WITH US

## SEARCH

Search this website…

## ARCHIVED BY MONTH

August 2015 (4)
July 2015 (18)
June 2015 (17)
May 2015 (10)
April 2015 (5)
March 2015 (12)
February 2015 (22)
January 2015 (13)
December 2014 (6)
November 2014 (6)
October 2014 (15)
September 2014 (7)
August 2014 (9)
July 2014 (10)
June 2014 (10)

- May 2014 (12)
- April 2014 (5)
- March 2014 (6)
- February 2014 (10)
- January 2014 (11)
- December 2013 (10)
- November 2013 (8)
- October 2013 (13)
- September 2013 (9)
- August 2013 (14)
- July 2013 (8)
- May 2013 (1)
- April 2013 (1)
- March 2013 (1)
- January 2013 (2)
- December 2012 (2)
- November 2012 (2)
- September 2012 (2)
- July 2012 (6)
- June 2012 (1)
- April 2012 (1)
- March 2012 (4)
- February 2012 (3)
- January 2012 (7)
- December 2011 (1)
- November 2011 (1)
- December 2010 (1)
- November 2010 (1)

Search this website…    SEARCH

1 Towne Square, Ste 1700, Southfield, MI 48076   Directions →   Phone: 248.236.5753

The information on this website is for general information purposes only. Nothing on this site should be taken as legal advice for any individual case or situation.
This information on this website is not intended to create, and receipt or viewing of this information does not constitute, an attorney-client relationship.

© 2015 Sommers Schwartz, P.C.. All Rights Reserved. Privacy/Legal | Sitemap

CONSULTATION | **877.941.0956**
248.236.5854 (LOCAL) | EMAIL US

PRACTICE AREAS    ACCOMPLISHMENTS    RESOURCES    CONTACT

BLOG

# ACCOMPLISHMENTS

## ...tly Filed Cases

| lpractice | Personal Injury | Class Action | Employment | Commercial Law & Intellectual Property |

### ...O COMPENSATE FOR "OFF-THE-CLOCK" WORK AND MEAL BREAKS: KEI ET AL. V. IVOX ...S, LLC

..4, 2015, Sommers Schwartz attorneys Jason Thompson and Jesse Young, along with attorneys from Butcher & ...n Fort Myers, Florida and Johnson Becker in Minneapolis, Minnesota, filed a class action lawsuit alleging unpaid ...vertime in violation of the federal Fair Labor Standards Act. According to the complaint, the plaintiffs have ...ustomer service representatives for iVox, regularly putting in more than 40 hours (sometimes up to 80 hours) ...portion of those overtime hours include time spent on pre-shift and post-shift tasks such as logging into and out ...nputer systems. The plaintiffs claim they were not paid for this "off the clock" work, nor were they compensated ...ks. The suit is pending in the U.S. District Court for the Southern District of Florida.

### ...SIFICATION OF NONEXEMPT EMPLOYEES AND FAILURE TO PAY OVERTIME: MORDOFF ET ... DEPARTMENT OF VETERANS AFFAIRS

..4, 2015, Sommers Schwartz attorneys Jesse Young and Neil Pioch, along with attorneys from Barrett Johnston ...rison in Nashville and Johnson Becker in Minneapolis, filed a class action lawsuit against the Department of ...airs' Veterans Canteen Service. According to the complaint, the defendant maintained a common policy of ...lassifying Assistant Canteen Chiefs as exempt employees, thus depriving them of overtime pay. The plaintiff ... situated employees routinely work in excess of 40 hours per week, additional time for which the federal Fair ...ards Act requires that they are compensated at 150% of their regular hourly wage. The suit is pending in the U.S.

t for the Western District of Tennessee.

## OVERTIME VIOLATIONS – FAILURE TO PAY PROPER COMPENSATION: STEIMEL V. CONWAY I LLC, ET AL

2015, Sommers Schwartz attorneys Neil Pioch and Jesse Young filed a class action lawsuit on behalf of workers the Defendants, but who were not properly compensated in accordance with the federal Fair Labor Standards ally, the complaint alleges that the Plaintiff and other similarly situated employees were denied overtime for rked in excess of 40 hours per week over the last three years. Further, employees were required to perform e clock," such as unloading equipment from delivery vehicles, but were paid neither straight wages nor overtime ks. The matter is currently pending in the U.S. District Court for the Western District of Michigan.

## O COMPENSATE FOR "OFF-THE-CLOCK" WORK-RELATED ACTIVITIES: WHALEY V. HENRY LTH SYSTEM

2015, Sommers Schwartz attorneys Lance Young and Neil Pioch filed a class action lawsuit against Henry Ford m involving claims of unpaid overtime associated with its Professional Appearance Standards Policy. the complaint alleges that because the dress code requires many HFHS employees to report for work in "clean," ressed" uniforms, this causes these workers to spend two to three extra hours per week laundering and ironing at home, "off the clock," and without wage and overtime compensation. Over the course of a year, these unpaid upwards of $6,000 per employee or $35,766 under the federal Fair Labor Standards Act's three-year liquidated ovision. The matter is currently pending in the U.S. District Court for the Eastern District of Michigan, and further about the case, including the job titles of potential class members, can be found on the Sommers Schwartz

## ATIONS – ALMANZA V. UNITED AIRLINES, INC. ET AL.

0, 2015, Sommers Schwartz attorneys Andrew Kochanowski and Sarah Rickard, along with a team of lawyers rms, filed a class action lawsuit against United, Delta American, and other air carriers alleging violations of the eteer Influenced & Corrupt Organizations Act. The complaint alleges that the defendants developed and d an illicit scheme to charge a "Mexico Tourist Tax" for travel on flights between the U.S. and Mexico, without ation from the Mexican government. The plaintiffs claim that beginning in 2009, the defendants buried the ing from $20.00 to $25.00) in tickets held by Mexican nationals, children under the age of two, and foreigners t status in Mexico, despite the fact that Mexican law exempted these travelers from the tax. The matter is nding in the U.S. District Court for the Southern District of Georgia.

## AGES & OVERTIME: ECHOLS V. METRO BROKERS, INC.

12, 2015, Sommers Schwartz attorneys Jason Thompson and Jesse Young filed a collective action complaint o Brokers, Inc. on behalf of customer service employees claiming to have not received wage and overtime on required by the Fair Labor Standards Act. The plaintiffs assert that the company, which operates numerous

throughout the United States, incorrectly calculated the hourly employees' overtime rate at 1.5 times the federal wage rate of $7.25 instead of 1.5 times an employee's regular hourly rate (approximately $13.00). The lawsuit also [alleges that] Metro Brokers failed to pay customer service representatives for "off-the-clock" time spent booting up and [shutting down] the computer system, approximately five to ten minutes before their designated daily start time – time and [work for] which the U.S. Department of Labor has declared that call center employees are to be compensated. The lawsuit is [pending] in the U.S. District Court for the Northern District of Georgia.

### [W]AGES & OVERTIME: SHOOP V. GREASE MONKEY

[On ...] 9, 2015, Sommers Schwartz attorneys Jesse Young and Neil Pioch filed a class action lawsuit claiming unpaid [wages against] several companies including a Grease Monkey oil change franchise located in Richmond, Virginia. The [lawsuit al]leges that the plaintiff, a technician and assistant manager, typically worked in excess of 50 hours per week, [splitting] time between various company locations owned by the same individuals; when she approached 40 hours at one [location in a] single workweek, the defendants required her to begin working at another location for the remainder of the [week to evade] the federal Fair Labor Standards Act requirements. The plaintiff asserts that the defendants' scheme [was an] intentional failure to pay her one and one-half times her hourly rate in excess of 40 per week, and she now [seeks recovery] for all unpaid overtime hours, plus liquidated damages, attorneys fees, and costs as provided for by law. The [lawsuit is pen]ding in the U.S. District Court for the Eastern District of Virginia.

### [MINIMUM] WAGE VIOLATIONS & UNPAID OVERTIME: WRIGHT V. JACOB TRANSPORTATION, LLC

[On ...] 12, 2015, Sommers Schwartz attorneys Jason Thompson and Jesse Young filed a class action lawsuit on [behalf of ho]urly employees employed by the Defendant as airport shuttle bus drivers. The lawsuit claims that the Defendant [unlawfully d]enied the employees compensation in violation of the federal Fair Labor Standards Act (FLSA) and Nevada state [law by failing] to pay a minimum wage and overtime. Due to the nature of the job, the Plaintiffs punched in for work when [they arrived] at the Defendant's main office, but were not considered "on the clock" until they punched in again at the Las [Vegas airpor]t. This same practice was repeated at the end of their shifts, and the total time gap averaged one hour each day [for which ea]ch driver was not paid. The lawsuit is pending in the U.S. District Court for the District of Nevada.

### [BREACH] OF FIDUCIARY DUTY – INADEQUATE MERGER CONSIDERATION: RAUL V. MEADOWBROOK [INSURAN]CE GROUP, ET AL

[On ...] 9, 2015, Sommers Schwartz attorney Lance Young filed a class action lawsuit claiming breach of fiduciary duty [by the b]oard of directors of Meadowbrook Insurance Group (MIG). The case involves the company's December 31, [... announ]cement that MIG would be sold to Fosun International Limited, and the Plaintiffs, public stockholders in the [company, all]ege that the Defendants agreed to the proposed transaction for inadequate consideration as well as deal [terms th]at could inhibit competing offers. By committing these breaches, the Plaintiffs claim that the Defendants failed [to maximize] shareholder value. The lawsuit is pending in Oakland County, Michigan Circuit Court.

### [UNPAID O]VERTIME: KELLY V. BED BATH & BEYOND, INC.

er 7, 2014, Sommers Schwartz attorneys Jason Thompson and Jesse Young, in conjunction with Robert J. ociates of Salt Lake City, filed a class action on behalf of current and former Bed Bath & Beyond Assistant Store cross the country. The complaint alleges that the company violated the federal Fair Labor Standards Act (FLSA) fying the plaintiffs as salaried exempt employees to avoid paying them for time worked in excess of 40 hours fact, the plaintiffs regularly worked 55-60 hours per week, and were therefore denied substantial compensation or. The lawsuit is pending in the U.S. District Court for the District of Utah.

## VERTIME: MORIN V. PERSONAL CARE SERVICES, INC.

7, 2014, Sommers Schwartz attorneys Jason Thompson and Jesse Young, in conjunction with Johnson Becker, neapolis, filed a class action against Personal Care Services, Inc. alleging that the company failed to properly e health care aides, housekeepers, and caregivers overtime wages in violation of the federal Fair Labor ct and California state wage laws. Specifically, the lawsuit alleges that the Home Instead Senior Care franchise, Personal Care Services, violated the law by only paying the class of plaintiffs a flat fee per shift, failing to e total hours worked. The case is currently pending in the U.S. District Court for the Central District of



| RECENTLY FILED CASES | > |
| --- | --- |
| VERDICTS & SETTLEMENTS | + |

## Tell us about **your case.**

First Name*

Last Name*

--Type of Issue or Case--  ▼

Email Address*

Phone Number

What happened?

GET AN ANSWER!

## From the **blog.**

EEOC and Federal Courts Protect Transgender Employees from Discrimination

View more posts →

## What **clients** say.

" *I was very happy with the service you, Jesse and the firm provided. You guys handled yourself in a very professional manner and were true advocates for me during this* "

Read more testimonials →

Search this website…    SEARCH

1 Towne Square, Ste 1700, Southfield, MI 48076    Directions →    Phone: 248.236.5854

The information on this website is for general information purposes only. Nothing on this site should be taken as legal advice for any individual case or situation.
This information on this website is not intended to create, and receipt or viewing of this information does not constitute, an attorney-client relationship.

© 2015 Sommers Schwartz, P.C.. All Rights Reserved. Privacy/Legal | Sitemap