# EXHIBIT 14

## Index of Other Employee Declarations

| Employee | | Title | Department | Campus |
|---|---|---|---|---|
| Ayrapetyan | Firuza | Pharm Tech | Pharmacy | Main |
| Beverly | Benjamin E. | Distribution Clerk | SCM Linen | Main |
| Burak | Cindy | Pharm Tech | Pharmacy | Main |
| Calder | William | Electrician A | Plant Operations | Main |
| Charles | Travis | Patient Transporter | Patient Transport | Main |
| Cole | Julius | Painter | Architectural Trades | Main |
| Cucinella | Gaspare | Electrician A | Plant Operations | Main |
| Domine | Robert | Plumber | Engineering | Main |
| Gyiraszin | Debbie | CSR | Transplant | Main |
| Mitchell | Harold | Bldg Engineer | Plant Operations | Main |
| Nelson | Michael | Leader | Plant Operations | Main |
| Perreca | Amy | Food Svc Assistant | Culinary Wellness | Main |
| Robinson | Willard | Patient Transporter | Patient Transport | Main |
| Sobolewski | Alexander | Plumber A | Engineering | Main |
| Suwalkowski | Joseph | Leader | Architectural Trades | Main |
| Ugorcak | Tim | Mason | Architectural Trades | Main |
| Walker | Katrina | Housekeeper | Environmental Services | Main |

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WHALEY,

      Plaintiff,

v

HENRY FORD HEALTH SYSTEM,

      Defendant.

Case No. 2:15-cv-12101
Hon.  David Lawson

---

| | |
|---|---|
| Lance C. Young (P51254)<br>Neil B. Pioch (P67677)<br>SOMMERS SCHWARTZ, P.C.<br>Attorneys for Plaintiff<br>One Towne Square, 17th Floor<br>Southfield, MI 48076<br>(248) 335-0300<br><br>Brian Yaldou (P70600)<br>THE LAW OFFICE OF BRIAN YALDOU<br>23000 Telegraph<br>Brownstown Twp., MI 48134<br>(734) 692-9200 | Terrence J. Miglio (P30541)<br>Barbara E. Buchanan (P55084)<br>VARNUM LLP<br>Attorneys for Defendant<br>39500 High Pointe Blvd., Ste. 350<br>Novi, MI 48375<br>(248) 567-7400<br>tjmiglio@varnumlaw.com<br>bebuchanan@varnumlaw.com |

---

## DECLARATION OF _Firuza Ayrapetyan_

1.    My name is _Firuza Ayrapetyan_ .

2.    I make this Declaration based on my personal knowledge.  If called as a witness, I can competently testify to the facts set forth in this Declaration.

3.     I am currently employed with Henry Ford Health System ("HFHS") as a _pharmacy technician_ in the _Pharmacy Department_ at _Henry Ford Hospital_.  I have been employed with HFHS since _2005_.

4.     My work uniform is (scrubs) or _____.

5.     I do not iron my scrubs/other uniform before coming to work and I have never been disciplined for not doing so.

6.     HFHS never told me that I had to iron my scrubs/other uniform.

7.     In addition:

_Yes_   I wash and dry my scrubs/other uniform at home with my other clothes.

_Yes_   I remove my scrubs/other uniform from the drying machine before they become wrinkled.

_Yes_   My spouse/roommate/significant other/child/parent washes my scrubs/other uniform.

_no_   I use a laundry or dry cleaning service for my scrubs/other uniform.

_no_   I receive my scrubs from the Scrubex service provided by HFHS.

**Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on:**

Date: _08/04/15_

_F. Ayrapetyan_
Name:

2

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WHALEY,

     Plaintiff,                    Case No. 2:15-cv-12101

v                                  Hon.  David Lawson

HENRY FORD HEALTH SYSTEM,

     Defendant.

---

| | |
|---|---|
| Lance C. Young (P51254)<br>Neil B. Pioch (P67677)<br>SOMMERS SCHWARTZ, P.C.<br>Attorneys for Plaintiff<br>One Towne Square, 17th Floor<br>Southfield, MI 48076<br>(248) 335-0300 | Terrence J. Miglio (P30541)<br>Barbara E. Buchanan (P55084)<br>VARNUM LLP<br>Attorneys for Defendant<br>39500 High Pointe Blvd., Ste. 350<br>Novi, MI 48375<br>(248) 567-7400<br>tjmiglio@varnumlaw.com<br>bebuchanan@varnumlaw.com |
| Brian Yaldou (P70600)<br>THE LAW OFFICE OF BRIAN<br>YALDOU<br>23000 Telegraph<br>Brownstown Twp., MI 48134<br>(734) 692-9200 | |

---

## DECLARATION OF _Benjamin E Beverly_ [INSERT NAME]

1.     My name is _Benjamin E. Beverly_ .[INSERT NAME].

2.     ·I make this Declaration based on my personal knowledge.  If called as a witness, I can competently testify to the facts set forth in this Declaration.

3.     I am currently employed with Henry Ford Health System ("HFHS") as a _Dis. Clerk_ [INSERT JOB TITLE] in the

_Linen Room_ [NAME OF DEPARTMENT/BUSINESS UNIT] at _HFHs_ [FACILITY NAME]. I have been employed with HFHS since _2013_ [INSERT DATE OR YEAR].

4.     My work uniform is scrubs or _Polo Shirt & Slack_. [IF NOT SCRUBS, DESCRIBE UNIFORM].

5.     I do not iron my scrubs/other uniform before coming to work and I have never been disciplined for not doing so.

6.     HFHS never told me that I had to iron my scrubs/other uniform.

7.     In addition: [CHECK ALL THAT APPLY]:

_✓_ I wash and dry my scrubs/other uniform at home with my other clothes.

_✓_ I remove my scrubs/other uniform from the drying machine before they become wrinkled.

_✓_ My spouse/roommate/significant other/child/parent washes my scrubs/other uniform. [CIRCLE AND INITIAL ALL THAT APPLY]

_NA_ I use a laundry or dry cleaning service for my scrubs/other uniform.

_NA_ I receive my scrubs from the Scrubex service provided by HFHS.

**Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on:**

Date: _8-6-2015_

_Benjamin Beverly_
Name:  [PRINT NAME]

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WHALEY,

     Plaintiff,

v

     Case No. 2:15-cv-12101
     Hon.  David Lawson

HENRY FORD HEALTH SYSTEM,

     Defendant.

---

Lance C. Young (P51254)
Neil B. Pioch (P67677)
SOMMERS SCHWARTZ, P.C.
Attorneys for Plaintiff
One Towne Square, 17th Floor
Southfield, MI 48076
(248) 335-0300

Brian Yaldou (P70600)
THE LAW OFFICE OF BRIAN YALDOU
23000 Telegraph
Brownstown Twp., MI 48134
(734) 692-9200

Terrence J. Miglio (P30541)
Barbara E. Buchanan (P55084)
VARNUM LLP
Attorneys for Defendant
39500 High Pointe Blvd., Ste. 350
Novi, MI 48375
(248) 567-7400
tjmiglio@varnumlaw.com
bebuchanan@varnumlaw.com

---

## DECLARATION OF   CINDY BURAK

1.    My name is   CINDY BURAK.

2.    I make this Declaration based on my personal knowledge.  If called as a witness, I can competently testify to the facts set forth in this Declaration.

3.     I am currently employed with Henry Ford Health System ("HFHS") as

a _PHARMACY  TECHNICIAN_ in the _CENTRAL  PHARMACY_

at _HENRY  FORD_ . I have been employed with HFHS since
_MAIN  CAMPUS_

_1982_.

4.     My work uniform is (scrubs or) _____ .

5.     I do not iron my scrubs/other uniform before coming to work and I

have never been disciplined for not doing so.   _CORRECT_

6.     HFHS never told me that I had to iron my scrubs/other uniform.   _CORRECT_

7.     In addition:

_YES_ I wash and dry my scrubs/other uniform at home with my other
clothes.

_YES_ I remove my scrubs/other uniform from the drying machine
before they become wrinkled.

_No_ My spouse/roommate/significant other/child/parent washes my
scrubs/other uniform.

_NO_ I use a laundry or dry cleaning service for my scrubs/other
uniform.

_NO_ I receive my scrubs from the Scrubex service provided by
HFHS.

**Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on:**

Date: _8/4/2015_                         Name: _____

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WHALEY,

     Plaintiff,

v

HENRY FORD HEALTH SYSTEM,

     Defendant.

Case No. 2:15-cv-12101
Hon.  David Lawson

---

Lance C. Young (P51254)
Neil B. Pioch (P67677)
SOMMERS SCHWARTZ, P.C.
Attorneys for Plaintiff
One Towne Square, 17th Floor
Southfield, MI 48076
(248) 335-0300

Brian Yaldou (P70600)
THE LAW OFFICE OF BRIAN
YALDOU
23000 Telegraph
Brownstown Twp., MI 48134
(734) 692-9200

Terrence J. Miglio (P30541)
Barbara E. Buchanan (P55084)
VARNUM LLP
Attorneys for Defendant
39500 High Pointe Blvd., Ste. 350
Novi, MI 48375
(248) 567-7400
tjmiglio@varnumlaw.com
bebuchanan@varnumlaw.com

---

## DECLARATION OF [William Calder]

1.     My name is [William Calder].

2.     I make this Declaration based on my personal knowledge.  If called as

a witness, I can competently testify to the facts set forth in this Declaration.

3.     I am currently employed with Henry Ford Health System ("HFHS") as a _Electrician A in the Plant Operations at HFHS-Main Campus. I have been employed with HFHS 2011.

4.     My work uniform is scrubs or Plant Ops Shirt/Blk Pants.

5.     I do not iron my scrubs/other uniform before coming to work and I have never been disciplined for not doing so.

6.     HFHS never told me that I had to iron my scrubs/other uniform.

7.     In addition: [CHECK ALL THAT APPLY]:

   ✓  I wash and dry my scrubs/other uniform at home with my other clothes.

   ✓  I remove my scrubs/other uniform from the drying machine before they become wrinkled.

   ✓  (My spouse)/roommate/significant other/child/parent washes my scrubs/other uniform. [CIRCLE AND INITIAL ALL THAT APPLY]

   ___  I use a laundry or dry cleaning service for my scrubs/other uniform.

   ___  I receive my scrubs from the Scrubex service provided by HFHS.

**Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on:**

Date: 8-4-15

Name:  William Calder

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WHALEY,

      Plaintiff,

v

                                  Case No. 2:15-cv-12101
                                  Hon.  David Lawson

HENRY FORD HEALTH SYSTEM,

      Defendant.

---

| | |
|---|---|
| Lance C. Young (P51254)<br>Neil B. Pioch (P67677)<br>SOMMERS SCHWARTZ, P.C.<br>Attorneys for Plaintiff<br>One Towne Square, 17th Floor<br>Southfield, MI 48076<br>(248) 335-0300<br><br>Brian Yaldou (P70600)<br>THE LAW OFFICE OF BRIAN<br>YALDOU<br>23000 Telegraph<br>Brownstown Twp., MI 48134<br>(734) 692-9200 | Terrence J. Miglio (P30541)<br>Barbara E. Buchanan (P55084)<br>VARNUM LLP<br>Attorneys for Defendant<br>39500 High Pointe Blvd., Ste. 350<br>Novi, MI 48375<br>(248) 567-7400<br>tjmiglio@varnumlaw.com<br>bebuchanan@varnumlaw.com |

---

## **DECLARATION OF** _Travis Charles_

1.    My name is _Travis Charles_.

2.    I make this Declaration based on my personal knowledge.  If called as

a witness, I can competently testify to the facts set forth in this Declaration.

3.     I am currently employed with Henry Ford Health System ("HFHS") as

a _Patient Transporter_ in the _Patient Transportion Department_

at _Henryford Main Campus_  I have been employed with HFHS since

_July/2015_

4.     My work uniform is scrubs or _____.

5.     I do not iron my scrubs/other uniform before coming to work and I have never been disciplined for not doing so.

6.     HFHS never told me that I had to iron my scrubs/other uniform.

7.     In addition:

_✓_   I wash and dry my scrubs/other uniform at home with my other clothes.

_✓_   I remove my scrubs/other uniform from the drying machine before they become wrinkled.

____   My spouse/roommate/significant other/child/parent washes my scrubs/other uniform.

____   I use a laundry or dry cleaning service for my scrubs/other uniform.

____   I receive my scrubs from the Scrubex service provided by HFHS.

**Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on:**

Date: _August 4, 2015_          _Travis Charles_
                                                              Name:

2

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WHALEY,

      Plaintiff,

v

                                          Case No. 2:15-cv-12101
                                          Hon.  David Lawson

HENRY FORD HEALTH SYSTEM,

      Defendant.

---

Lance C. Young (P51254)
Neil B. Pioch (P67677)
SOMMERS SCHWARTZ, P.C.
Attorneys for Plaintiff
One Towne Square, 17th Floor
Southfield, MI 48076
(248) 335-0300

Brian Yaldou (P70600)
THE LAW OFFICE OF BRIAN
YALDOU
23000 Telegraph
Brownstown Twp., MI 48134
(734) 692-9200

Terrence J. Miglio (P30541)
Barbara E. Buchanan (P55084)
VARNUM LLP
Attorneys for Defendant
39500 High Pointe Blvd., Ste. 350
Novi, MI 48375
(248) 567-7400
tjmiglio@varnumlaw.com
bebuchanan@varnumlaw.com

---

## __DECLARATION OF__ _____

1.    My name is ___Julius Cole___.

2.    I make this Declaration based on my personal knowledge.  If called as
a witness, I can competently testify to the facts set forth in this Declaration.

3.    I am currently employed with Henry Ford Health System ("HFHS") as

a _Painter_____ in the _Architectural Trades_

at _Henry Ford Hospital_. I have been employed with HFHS since
_Masa Campus_

_1973_
_40 yrs._

4.    My work uniform is scrubs or _Painter uniform_.

5.    I do not iron my scrubs/other uniform before coming to work and I

have never been disciplined for not doing so.

6.    HFHS never told me that I had to iron my scrubs/other uniform.

7.    In addition:

_Yes_  I wash and dry my scrubs/other uniform at home with my other
clothes.

_Yes_  I remove my scrubs/other uniform from the drying machine
before they become wrinkled.

_Yes_  My spouse/roommate/significant other/child/parent washes my
scrubs/other uniform.

_no_  I use a laundry or dry cleaning service for my scrubs/other
uniform.

_no_  I receive my scrubs from the Scrubex service provided by
HFHS.

**Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the
foregoing is true and correct. Executed on:**

Date: _8/4/15_____

Name: _Julius Cook_____

2

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WHALEY,

     Plaintiff,                             Case No. 2:15-cv-12101

v                                        Hon.  David Lawson

HENRY FORD HEALTH SYSTEM,

     Defendant.

---

Lance C. Young (P51254)
Neil B. Pioch (P67677)
SOMMERS SCHWARTZ, P.C.
Attorneys for Plaintiff
One Towne Square, 17th Floor
Southfield, MI 48076
(248) 335-0300

Brian Yaldou (P70600)
THE LAW OFFICE OF BRIAN
YALDOU
23000 Telegraph
Brownstown Twp., MI 48134
(734) 692-9200

Terrence J. Miglio (P30541)
Barbara E. Buchanan (P55084)
VARNUM LLP
Attorneys for Defendant
39500 High Pointe Blvd., Ste. 350
Novi, MI 48375
(248) 567-7400
tjmiglio@varnumlaw.com
bebuchanan@varnumlaw.com

---

## DECLARATION OF [Gaspare Cucinella]

1.     My name is [Gaspare Cucinella].

2.     I make this Declaration based on my personal knowledge.  If called as

a witness, I can competently testify to the facts set forth in this Declaration.

3.      I am currently employed with Henry Ford Health System ("HFHS") as a _Electrician A in the Plant Operations at HFHS-Main Campus. I have been employed with HFHS 2006.

4.      My work uniform is scrubs or Plant Ops Shirt/Blk Pants.

5.      I do not iron my scrubs/other uniform before coming to work and I have never been disciplined for not doing so.

6.      HFHS never told me that I had to iron my scrubs/other uniform.

7.      In addition: [CHECK ALL THAT APPLY]:

    ✓    I wash and dry my scrubs/other uniform at home with my other clothes.

    ✓    I remove my scrubs/other uniform from the drying machine before they become wrinkled.

    ✓    (My spouse)/roommate/significant other/child/(parent) washes my scrubs/other uniform. [CIRCLE AND INITIAL ALL THAT APPLY]

    ____    I use a laundry or dry cleaning service for my scrubs/other uniform.

    ____    I receive my scrubs from the Scrubex service provided by HFHS.

**Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on:**

Date: _8/4/15_____

Name:  Gaspare Cucinella

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WHALEY,

      Plaintiff,

v

HENRY FORD HEALTH SYSTEM,

      Defendant.

Case No. 2:15-cv-12101
Hon.  David Lawson

---

Lance C. Young (P51254)
Neil B. Pioch (P67677)
SOMMERS SCHWARTZ, P.C.
Attorneys for Plaintiff
One Towne Square, 17th Floor
Southfield, MI 48076
(248) 335-0300

Brian Yaldou (P70600)
THE LAW OFFICE OF BRIAN
YALDOU
23000 Telegraph
Brownstown Twp., MI 48134
(734) 692-9200

Terrence J. Miglio (P30541)
Barbara E. Buchanan (P55084)
VARNUM LLP
Attorneys for Defendant
39500 High Pointe Blvd., Ste. 350
Novi, MI 48375
(248) 567-7400
tjmiglio@varnumlaw.com
bebuchanan@varnumlaw.com

---

## DECLARATION OF _____

1.     My name is _ROBERT DOMINE_.

2.     I make this Declaration based on my personal knowledge.  If called as

a witness, I can competently testify to the facts set forth in this Declaration.

3.    I am currently employed with Henry Ford Health System ("HFHS") as a _PLUMBER_ in the _ENGINEERING DEPT_ at _MAIN CAMPUS_. I have been employed with HFHS since _1976_.

4.    My work uniform is scrubs or _SHIRT & PANTS_.

5.    I do not iron my scrubs/other uniform before coming to work and I have never been disciplined for not doing so.

6.    HFHS never told me that I had to iron my scrubs/other uniform.

7.    In addition:

✓    I wash and dry my scrubs/other uniform at home with my other clothes.

✓    I remove my scrubs/other uniform from the drying machine before they become wrinkled.

✓    My spouse/roommate/significant other/child/parent washes my scrubs/other uniform.

___    I use a laundry or dry cleaning service for my scrubs/other uniform.

___    I receive my scrubs from the Scrubex service provided by HFHS.

**Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on:**

Date: _8/4/15_

Name: _Robert Carl Domine_

2

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WHALEY,

      Plaintiff,

v

HENRY FORD HEALTH SYSTEM,

      Defendant.

Case No. 2:15-cv-12101
Hon. David Lawson

---

| | |
|---|---|
| Lance C. Young (P51254)<br>Neil B. Pioch (P67677)<br>SOMMERS SCHWARTZ, P.C.<br>Attorneys for Plaintiff<br>One Towne Square, 17th Floor<br>Southfield, MI 48076<br>(248) 335-0300<br><br>Brian Yaldou (P70600)<br>THE LAW OFFICE OF BRIAN<br>YALDOU<br>23000 Telegraph<br>Brownstown Twp., MI 48134<br>(734) 692-9200 | Terrence J. Miglio (P30541)<br>Barbara E. Buchanan (P55084)<br>VARNUM LLP<br>Attorneys for Defendant<br>39500 High Pointe Blvd., Ste. 350<br>Novi, MI 48375<br>(248) 567-7400<br>tjmiglio@varnumlaw.com<br>bebuchanan@varnumlaw.com |

---

## DECLARATION OF

1.    My name is Debbie Guirasur

2.    I make this Declaration based on my personal knowledge.  If called as

a witness, I can competently testify to the facts set forth in this Declaration.

3.    I am currently employed with Henry Ford Health System ("HFHS") as

a ___*CSR*___ in the *Transplant Dept.*

at *HFHS Main*___. I have been employed with HFHS since

*2009*

4.    My work uniform is scrubs or *uniform* / *HFHS vest shirts* / *HFHS pants*

5.    I do not iron my scrubs/other uniform before coming to work and I

have never been disciplined for not doing so.

6.    HFHS never told me that I had to iron my scrubs/other uniform.

7.    In addition:

    ✓    I wash and dry my scrubs/other uniform at home with my other clothes.

    ✓    I remove my scrubs/other uniform from the drying machine before they become wrinkled.

    ✓    My spouse/roommate/significant other/child/parent washes my scrubs/other uniform.

    ___    I use a laundry or dry cleaning service for my scrubs/other uniform.

    ___    I receive my scrubs from the Scrubex service provided by HFHS.

**Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on:**

Date: _8-5-15_

Name: _____

2

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WHALEY,

      Plaintiff,

v

                                     Case No. 2:15-cv-12101
                                     Hon.  David Lawson

HENRY FORD HEALTH SYSTEM,

      Defendant.

---

| | |
|---|---|
| Lance C. Young (P51254) | Terrence J. Miglio (P30541) |
| Neil B. Pioch (P67677) | Barbara E. Buchanan (P55084) |
| SOMMERS SCHWARTZ, P.C. | VARNUM LLP |
| Attorneys for Plaintiff | Attorneys for Defendant |
| One Towne Square, 17th Floor | 39500 High Pointe Blvd., Ste. 350 |
| Southfield, MI 48076 | Novi, MI 48375 |
| (248) 335-0300 | (248) 567-7400 |
| | tjmiglio@varnumlaw.com |
| Brian Yaldou (P70600) | bebuchanan@varnumlaw.com |
| THE LAW OFFICE OF BRIAN | |
| YALDOU | |
| 23000 Telegraph | |
| Brownstown Twp., MI 48134 | |
| (734) 692-9200 | |

---

## **DECLARATION OF [Harold Mitchell]**

1.     My name is [Harold Mitchell].

2.     I make this Declaration based on my personal knowledge.  If called as a witness, I can competently testify to the facts set forth in this Declaration.

3.      I am currently employed with Henry Ford Health System ("HFHS") as a _Building Engineer in the Plant Operations at HFHS-Main Campus. I have been employed with HFHS 2004.

4.      My work uniform is scrubs or Plant Ops Shirt/Blk Pants.

5.      I do not iron my scrubs/other uniform before coming to work and I have never been disciplined for not doing so.

6.      HFHS never told me that I had to iron my scrubs/other uniform.

7.      In addition: [CHECK ALL THAT APPLY]:

☒      I wash and dry my scrubs/other uniform at home with my other clothes.

___   I remove my scrubs/other uniform from the drying machine before they become wrinkled.

☒      My spouse/roommate/significant other/child/parent washes my scrubs/other uniform. [CIRCLE AND INITIAL ALL THAT APPLY]

___   I use a laundry or dry cleaning service for my scrubs/other uniform.

___   I receive my scrubs from the Scrubex service provided by HFHS.

**Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on:**

Date: _8 · X · 15_

Name: Harold Mitchell

2

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WHALEY,

     Plaintiff,                              Case No. 2:15-cv-12101

v                                        Hon.  David Lawson

HENRY FORD HEALTH SYSTEM,

     Defendant.

---

| Lance C. Young (P51254) | Terrence J. Miglio (P30541) |
|---|---|
| Neil B. Pioch (P67677) | Barbara E. Buchanan (P55084) |
| SOMMERS SCHWARTZ, P.C. | VARNUM LLP |
| Attorneys for Plaintiff | Attorneys for Defendant |
| One Towne Square, 17th Floor | 39500 High Pointe Blvd., Ste. 350 |
| Southfield, MI 48076 | Novi, MI 48375 |
| (248) 335-0300 | (248) 567-7400 |
| | tjmiglio@varnumlaw.com |
| Brian Yaldou (P70600) | bebuchanan@varnumlaw.com |
| THE LAW OFFICE OF BRIAN | |
| YALDOU | |
| 23000 Telegraph | |
| Brownstown Twp., MI 48134 | |
| (734) 692-9200 | |

---

## DECLARATION OF [Michael Nelson]

1.     My name is [Michael Nelson].

2.     I make this Declaration based on my personal knowledge.  If called as a witness, I can competently testify to the facts set forth in this Declaration.

2:15-cv-12101-DML-DRG   Doc # 24-26   Filed 08/27/15   Pg 24 of 36   Pg ID 1102

3.      I am currently employed with Henry Ford Health System ("HFHS") as a _Ldr- Plant Operations in the Plant Operations at HFHS-Main Campus. I have been employed with HFHS 1979.

4.      My work uniform is scrubs or Plant Ops Shirt/Blk Pants.

5.      I do not iron my scrubs/other uniform before coming to work and I have never been disciplined for not doing so.

6.      HFHS never told me that I had to iron my scrubs/other uniform.

7.      In addition: [CHECK ALL THAT APPLY]:

   ✓   I wash and dry my scrubs/other uniform at home with my other clothes.

   ✓   I remove my scrubs/other uniform from the drying machine before they become wrinkled.

   ✓   My spouse/roommate/significant other/child/parent washes my scrubs/other uniform. [CIRCLE AND INITIAL ALL THAT APPLY]

   ___   I use a laundry or dry cleaning service for my scrubs/other uniform.

   ___   I receive my scrubs from the Scrubex service provided by HFHS.

**Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on:**

Date: _8 - 4 - 15_

Name: Michael Nelson

2

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WHALEY,

    Plaintiff,

v

HENRY FORD HEALTH SYSTEM,

    Defendant.

Case No. 2:15-cv-12101
Hon.  David Lawson

---

Lance C. Young (P51254)
Neil B. Pioch (P67677)
SOMMERS SCHWARTZ, P.C.
Attorneys for Plaintiff
One Towne Square, 17th Floor
Southfield, MI 48076
(248) 335-0300

Terrence J. Miglio (P30541)
Barbara E. Buchanan (P55084)
VARNUM LLP
Attorneys for Defendant
39500 High Pointe Blvd., Ste. 350
Novi, MI 48375
(248) 567-7400
tjmiglio@varnumlaw.com
bebuchanan@varnumlaw.com

Brian Yaldou (P70600)
THE LAW OFFICE OF BRIAN
YALDOU
23000 Telegraph
Brownstown Twp., MI 48134
(734) 692-9200

---

**DECLARATION OF** _____ [INSERT NAME]

1. My name is _Amy Perreca_ .[INSERT NAME].

2. I make this Declaration based on my personal knowledge.  If called as a witness, I can competently testify to the facts set forth in this Declaration.

3. I am currently employed with Henry Ford Health System ("HFHS") as a _Food Service Assistant_ [INSERT    JOB    TITLE]    in    the

_Culinary Wellness_ [NAME OF DEPARTMENT/BUSINESS UNIT] at _Henry Ford Hospital_ [FACILITY NAME]. I have been employed with HFHS since _1994_ [INSERT DATE OR YEAR].

4.  My work uniform is scrubs or _black pants, rust-color shirt_. [IF NOT SCRUBS, DESCRIBE UNIFORM].

5.  I do not iron my scrubs/other uniform before coming to work and I have never been disciplined for not doing so.

6.  HFHS never told me that I had to iron my scrubs/other uniform.

7.  In addition: [CHECK ALL THAT APPLY]:

    __X__ I wash and dry my scrubs/other uniform at home with my other clothes.

    __X__ I remove my scrubs/other uniform from the drying machine before they become wrinkled.

    _____ My spouse/roommate/significant other/child/parent washes my scrubs/other uniform. [CIRCLE AND INITIAL ALL THAT APPLY]

    _____ I use a laundry or dry cleaning service for my scrubs/other uniform.

    _____ I receive my scrubs from the Scrubex service provided by HFHS.

**Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on:**

Date: _8-4-2015_

Name: _Amy Perreca_ [PRINT NAME]

2

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WHALEY,

     Plaintiff,

v

HENRY FORD HEALTH SYSTEM,

     Defendant.

Case No. 2:15-cv-12101
Hon.  David Lawson

---

Lance C. Young (P51254)
Neil B. Pioch (P67677)
SOMMERS SCHWARTZ, P.C.
Attorneys for Plaintiff
One Towne Square, 17th Floor
Southfield, MI 48076
(248) 335-0300

Brian Yaldou (P70600)
THE LAW OFFICE OF BRIAN
YALDOU
23000 Telegraph
Brownstown Twp., MI 48134
(734) 692-9200

Terrence J. Miglio (P30541)
Barbara E. Buchanan (P55084)
VARNUM LLP
Attorneys for Defendant
39500 High Pointe Blvd., Ste. 350
Novi, MI 48375
(248) 567-7400
tjmiglio@varnumlaw.com
bebuchanan@varnumlaw.com

---

## **DECLARATION OF    Willard Robinson**

1.     My name is __Willard Robinson_____.

2.     I make this Declaration based on my personal knowledge.  If called as

a witness, I can competently testify to the facts set forth in this Declaration.

3.      I am currently employed with Henry Ford Health System ("HFHS") as

a  _Patient Transporter_____      in the _Patient Transportion Department_____

at  _Henry Ford Hospital Main Campus___.  I have been employed with HFHS since

_1995___.

4.      My work uniform is scrubs or _____.

5.      I do not iron my scrubs/other uniform before coming to work and I
have never been disciplined for not doing so.

6.      HFHS never told me that I had to iron my scrubs/other uniform.

7.      In addition:

   ✓    I wash and dry my scrubs/other uniform at home with my other
clothes.

   ✓    I remove my scrubs/other uniform from the drying machine
before they become wrinkled.

____ My spouse/roommate/significant other/child/parent washes my
scrubs/other uniform.

____ I use a laundry or dry cleaning service for my scrubs/other
uniform.

____ I receive my scrubs from the Scrubex service provided by
HFHS.

**Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the
foregoing is true and correct.  Executed on:**

Date: _August 4, 2015_

Name: _William Roberson_ (signature)

2

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WHALEY,

      Plaintiff,

v

HENRY FORD HEALTH SYSTEM,

      Defendant.

Case No. 2:15-cv-12101
Hon. David Lawson

---

Lance C. Young (P51254)
Neil B. Pioch (P67677)
SOMMERS SCHWARTZ, P.C.
Attorneys for Plaintiff
One Towne Square, 17th Floor
Southfield, MI 48076
(248) 335-0300

Brian Yaldou (P70600)
THE LAW OFFICE OF BRIAN
YALDOU
23000 Telegraph
Brownstown Twp., MI 48134
(734) 692-9200

Terrence J. Miglio (P30541)
Barbara E. Buchanan (P55084)
VARNUM LLP
Attorneys for Defendant
39500 High Pointe Blvd., Ste. 350
Novi, MI 48375
(248) 567-7400
tjmiglio@varnumlaw.com
bebuchanan@varnumlaw.com

---

## DECLARATION OF _____

1.    My name is *Alexander Sobolewski*.

2.    I make this Declaration based on my personal knowledge.  If called as a witness, I can competently testify to the facts set forth in this Declaration.

3.    I am currently employed with Henry Ford Health System ("HFHS") as a _Plumber A_ in the _Main Campus_ at _Detroit_. I have been employed with HFHS since _1975_.

4.    My work uniform is scrubs or _Shirt and Pants_.

5.    I do not iron my scrubs/other uniform before coming to work and I have never been disciplined for not doing so.

6.    HFHS never told me that I had to iron my scrubs/other uniform.

7.    In addition:

_____ I wash and dry my scrubs/other uniform at home with my other clothes.

_____ I remove my scrubs/other uniform from the drying machine before they become wrinkled.

✓ My spouse/roommate/significant other/child/parent washes my scrubs/other uniform.

_____ I use a laundry or dry cleaning service for my scrubs/other uniform.

_____ I receive my scrubs from the Scrubex service provided by HFHS.

**Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on:**

Date: _8-4-2015_

Name: _[signature]_

2

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WHALEY,

      Plaintiff,

v

HENRY FORD HEALTH SYSTEM,

      Defendant.

Case No. 2:15-cv-12101
Hon. David Lawson

---

Lance C. Young (P51254)
Neil B. Pioch (P67677)
SOMMERS SCHWARTZ, P.C.
Attorneys for Plaintiff
One Towne Square, 17th Floor
Southfield, MI 48076
(248) 335-0300

Brian Yaldou (P70600)
THE LAW OFFICE OF BRIAN
YALDOU
23000 Telegraph
Brownstown Twp., MI 48134
(734) 692-9200

Terrence J. Miglio (P30541)
Barbara E. Buchanan (P55084)
VARNUM LLP
Attorneys for Defendant
39500 High Pointe Blvd., Ste. 350
Novi, MI 48375
(248) 567-7400
tjmiglio@varnumlaw.com
bebuchanan@varnumlaw.com

---

## DECLARATION OF _____

1.    My name is _Joseph Suwaucowski_

2.    I make this Declaration based on my personal knowledge. If called as a witness, I can competently testify to the facts set forth in this Declaration.

3.    I am currently employed with Henry Ford Health System ("HFHS") as a _LEADER_ in the _ARCHITECTURAL TRADES_ at _HFH DOWNTOWN_. I have been employed with HFHS since _1992_.

4.    My work uniform is scrubs or _WHITE SHIRT & BLACK PANTS_

5.    I do not iron my scrubs/other uniform before coming to work and I have never been disciplined for not doing so.

6.    HFHS never told me that I had to iron my scrubs/other uniform.

7.    In addition:

✓    I wash and dry my scrubs/other uniform at home with my other clothes.

✓    I remove my scrubs/other uniform from the drying machine before they become wrinkled.

✓    My spouse/roommate/significant other/child/parent washes my scrubs/other uniform.

___    I use a laundry or dry cleaning service for my scrubs/other uniform.

___    I receive my scrubs from the Scrubex service provided by HFHS.

**Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on:**

Date: _8-5-15_

Name: _____

2

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WHALEY,

      Plaintiff,                          Case No. 2:15-cv-12101
                                         Hon.  David Lawson
v

HENRY FORD HEALTH SYSTEM,

      Defendant.

---

Lance C. Young (P51254)
Neil B. Pioch (P67677)
SOMMERS SCHWARTZ, P.C.
Attorneys for Plaintiff
One Towne Square, 17th Floor
Southfield, MI 48076
(248) 335-0300

Brian Yaldou (P70600)
THE LAW OFFICE OF BRIAN
YALDOU
23000 Telegraph
Brownstown Twp., MI 48134
(734) 692-9200

Terrence J. Miglio (P30541)
Barbara E. Buchanan (P55084)
VARNUM LLP
Attorneys for Defendant
39500 High Pointe Blvd., Ste. 350
Novi, MI 48375
(248) 567-7400
tjmiglio@varnumlaw.com
bebuchanan@varnumlaw.com

---

## DECLARATION OF _____

1.    My name is ___*Tim Ugoecik*___ .

2.    I make this Declaration based on my personal knowledge.  If called as
a witness, I can competently testify to the facts set forth in this Declaration.

3.     I am currently employed with Henry Ford Health System ("HFHS") as
a _____*Musin*_____ in the _____*Mail Room*_____
at _____*Clark + Penta*_____.   I have been employed with HFHS since
_____*2006*_____.

4.     My work uniform is scrubs or _____*Blue Shirt   Black Pants*_____.

5.     I do not iron my scrubs/other uniform before coming to work and I
have never been disciplined for not doing so.

6.     HFHS never told me that I had to iron my scrubs/other uniform.

7.     In addition:

_✓_     I wash and dry my scrubs/other uniform at home with my other
clothes.

____     I remove my scrubs/other uniform from the drying machine
before they become wrinkled.

____     My spouse/roommate/significant other/child/parent washes my
scrubs/other uniform.

____     I use a laundry or dry cleaning service for my scrubs/other
uniform.

____     I receive my scrubs from the Scrubex service provided by
HFHS.

**Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the
foregoing is true and correct.  Executed on:**

Date: _____*8-4-15*_____          _____

Name: _____

2

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WHALEY,

     Plaintiff,

v

                                          Case No. 2:15-cv-12101
                                          Hon.  David Lawson

HENRY FORD HEALTH SYSTEM,

     Defendant.

| | |
|---|---|
| Lance C. Young (P51254)<br>Neil B. Pioch (P67677)<br>SOMMERS SCHWARTZ, P.C.<br>Attorneys for Plaintiff<br>One Towne Square, 17th Floor<br>Southfield, MI 48076<br>(248) 335-0300<br><br>Brian Yaldou (P70600)<br>THE LAW OFFICE OF BRIAN YALDOU<br>23000 Telegraph<br>Brownstown Twp., MI 48134<br>(734) 692-9200 | Terrence J. Miglio (P30541)<br>Barbara E. Buchanan (P55084)<br>VARNUM LLP<br>Attorneys for Defendant<br>39500 High Pointe Blvd., Ste. 350<br>Novi, MI 48375<br>(248) 567-7400<br>tjmiglio@varnumlaw.com<br>bebuchanan@varnumlaw.com |

## DECLARATION OF

1.    My name is Katrina Walker.

2.    I make this Declaration based on my personal knowledge.  If called as

a witness, I can competently testify to the facts set forth in this Declaration.

3.     I am currently employed with Henry Ford Health System ("HFHS") as a _Housekeeper_ in the _EVS_ at _Henry Ford Hospital_. I have been employed with HFHS since _8-6 2001_

4.     My work uniform is scrubs or _____.

5.     I do not iron my scrubs/other uniform before coming to work and I have never been disciplined for not doing so.

6.     HFHS never told me that I had to iron my scrubs/other uniform.

7.     In addition:

___ I wash and dry my scrubs/other uniform at home with my other clothes.

✓ I remove my scrubs/other uniform from the drying machine before they become wrinkled.

___ My spouse/roommate/significant other/child/parent washes my scrubs/other uniform.

✓ I use a laundry or dry cleaning service for my scrubs/other uniform.

___ I receive my scrubs from the Scrubex service provided by HFHS.

**Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on:**

Date: _8-6-15_

Name: _Katrina Waller_

2