UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WHALEY,

                    Plaintiff,                          Case Number 15-12101
v.                                                      Honorable David M. Lawson

HENRY FORD HEALTH SYSTEM,

                    Defendant.
_____/

**JUDGMENT**

In accordance with the opinion and order granting the defendant's motion to dismiss entered

on this date,

It is **ORDERED AND ADJUDGED** that the case is **DISMISSED WITH PREJUDICE**.


                              s/David M. Lawson_____
                              DAVID M. LAWSON
                              United States District Judge

Dated:   March 24, 2016

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served
upon each attorney or party of record herein by electronic means or first
class U.S. mail on March 24, 2016.

                    s/Susan Pinkowski_____
                    SUSAN PINKOWSKI